**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Prince R. Ellis

Mickey M. Ellis

Verona E.T. Ellis

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

"See attached for all defendants"

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

*(check one)*

REC'D JUN 23

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff     Name            Prince R. Ellis
              Street Address  5547 Pearl Street
              County, City    Philadelphia County, Philadelphia
              State & Zip Code Pennsylvania, 19139-2028
              Telephone Number 267-819-6132

                              Additional Plaintiff(s)     Mickey M. Ellis
                                                          Verona E.T. Ellis

Rev. 10/2009

B.   List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name _ Commonwealth of Pennsylvania
                    Street Address 238 Main Capital Building
                    County, City Harrisburg, #
                    State & Zip Code Pennsylvania 17120-0022
                    See attached for names of served

Defendant No. 2     Name The Comptroller Pennsylvania Health Dept
                    Street Address 7 Forster Street
                    County, City Harrisburg
                    State & Zip Code Pennsylvania 17120-0001
                    See attached for names of served

Defendant No. 3     Name The office of Comptroller Operations
                    Street Address 555 Walnut Street 9th floor Street
                    County, City Harrisburg
                    State & Zip Code Pennsylvania 17101
                    See attached for names of served

Defendant No. 4     Name Pennsylvania Department of Human Services
                    Street Address 625 Forster Street
                    County, City Harrisburg
                    State & Zip Code Pennsylvania 17120

                    Additional defendants
                    will be provided on additional sheets
                    of paper, if not attached

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
     Q  Federal Questions          Q  Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? See attached Abstract to Standing
     Civil (Sec 1977 A)
     Rights Act of 1991

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship *Pennsylvania*

Defendant(s) state(s) of citizenship *Pennsylvania, (Domicile) see attached*

## III.     Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? *Various situations*
*See and review attached*

B.     What date and approximate time did the events giving rise to your claim(s) occur? *The approximate date and time vary from 1983 1979 to present, the dates may go back further.*

C.     Facts:     *See attached each defendant*
*How state of Pennsylvania allocates its funding*

| What happened to you? |

*See attached each defendant*

| Who did what? |

*See attached each defendant*

| Was anyone else involved? |

*See attached each defendant*

| Who else saw what happened? |

**IV.**   **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _Please see attached_

**V.**   **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _Please see attached_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23ʳᵈ day of June , 20 23 .

Prince R. Ellis 06-15-2023
06-16-2023
Mickey M. Ellis 6.15.2023

Signature of Plaintiff Verona Thomas-Ellis.

Mailing Address 5547 Pearl Street
Philadelphia, PA 19139-2028

Telephone Number 267-819-6132

Fax Number *(if you have one)*

E-mail Address prin1983@aol.com

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also
provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: *Prince R. Ellis   5547 Pearl Street   Philadelphia, PA 19139-2028*

Address of Defendant: *Review attached   (See attached)*

Place of Accident, Incident or Transaction: *Review attached   (See Attached)*

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: *06-22-2023*   _____   _____
                      *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

| A. | *Federal Question Cases:* | B. | *Diversity Jurisdiction Cases:* |
|---|---|---|---|
| ☐ 1. | Indemnity Contract, Marine Contract, and All Other Contracts | ☐ 1. | Insurance Contract and Other Contracts |
| ☐ 2. | FELA | ☐ 2. | Airplane Personal Injury |
| ☐ 3. | Jones Act-Personal Injury | ☐ 3. | Assault, Defamation |
| ☐ 4. | Antitrust | ☐ 4. | Marine Personal Injury |
| ☐ 5. | Patent | ☐ 5. | Motor Vehicle Personal Injury |
| ☐ 6. | Labor-Management Relations | ☐ 6. | Other Personal Injury *(Please specify):* _____ |
| ☑ 7. | Civil Rights | ☐ 7. | Products Liability |
| ☐ 8. | Habeas Corpus | ☐ 8. | Products Liability – Asbestos |
| ☐ 9. | Securities Act(s) Cases | ☑ 9. | All other Diversity Cases *(Please specify):* *Complex Litigation addition discovery required* |
| ☐ 10. | Social Security Review Cases | | |
| ☐ 11. | All other Federal Question Cases *(Please specify):* _____ | | |

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, *Prince R. Ellis, Verona E. T. Ellis, Mickey M. Ellis*, counsel of record or pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☑ Relief other than monetary damages is sought.

DATE: *06-23-2003*   *Prince R. Ellis*   _____
                      *Verona Thomas-Ellis*
                      *Mickey M. Ellis*
                      *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

*Prince R. Ellis*
*Verona E.T. Ellis*
*Mickey M. Ellis*
        v.
*Commonwealth of Pennsylvania*
    *see attached*

:
:
:
:
:
:

CIVIL ACTION

NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    (✓)

(f) Standard Management – Cases that do not fall into any one of the other tracks.    ( )

06-22-2023     *Prince R. Ellis*
             *Mickey M. Ellis*
**Date**       *Verona Thomas-Ellis*
                     **Pro Se Plaintiff**

267-819-6132                    *prin1983@aol.com*

**Telephone**          **FAX Number**         **E-Mail Address**

**(Civ. 660) 10/02**

**Civil Justice Expense and Delay Reduction Plan**
**Section 1:03 – Assignment to a Management Track**

(a)        The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)        In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management.  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)        The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)        Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)        Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

**SPECIAL MANAGEMENT CASE ASSIGNMENTS**
**(See §1.02 (e) Management Track Definitions of the**
**Civil Justice Expense and Delay Reduction Plan)**

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation.  The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985.  This term is intended to include cases that present unusual problems and require extraordinary treatment.  See §0.1 of the first manual.  Cases may require special or intense management by the court due to one or more of the following factors:  (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition.  It may include two or more related cases.  Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues.  See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

Plaintiff 1

Prince R. Ellis
5547 Pearl Street
Philadelphia, Pennsylvania 19139-2028

Plaintiff 2

Mickey M. Ellis
5547 Pearl Street
Philadelphia, Pennsylvania 19139-2028                    REC'D JUN 23

Plaintiff 3

Verona E.T Ellis
5547 Pearl Street
Philadelphia, Pennsylvania 19139-2028

Additional Plaintiff(s) may be opted

VS.

Defendants (Medical Case)

Defendant 1

Commonwealth of Pennsylvania
238 Main Capital Building
Harrisburg, Pennsylvania 17120-0022

Josh Sharpiro Governor
Austin Davis Lt. Governor
Timothy DeFoor Auditor General
Stacy Garrity Treasurer
Mia Woods Chief Compliance and Ethics Officer
Guerline Laurore Chief Diversity, Equity, And Inclusion Officer
Other past defendants (elected officials)

Business Description from (D&B Hoovers)
Commonwealth Of Pennsylvania is primarily engaged in providing general support
for government, which include personnel, auditing, procurement services, and
building management services, other general government establishments which
cannot be classified in other industries.

Abstract to standing

Distribution of state budget (Comptroller Pennsylvania Health Department Office)
for medical and health for item such as safety, training, and coordination. Also,
what training, penial codes, or laws (if any) are passed for residential or individual
crisis control or handing with hospital, nursing homes, insurance companies, etc.

Pursuant for discovery (Addition info)

Defendants (Medical Case)


Defendant 2
(Lynn Sheffer Principal)
The Comptroller Pennsylvania Health Department Office of
Dba Department of Health Pennsylvania
7 Forster Street
Harrisburg, Pennsylvania 17120-0001

Business Description (From Dun & Bradstreet)
The Comptroller Pennsylvania Health Department Office of is primarily engaged in planning, administration, and coordination of public health programs and services, including environmental health activities, mental health, categorical health programs (e.g Cancer control, communicable disease control, maternity, child health), health statistics, and immunization services.

Abstract to standing Distribution of state budget (Comptroller Pennsylvania Health Department Office) for medical and health for item such as safety, training, and coordination. Also, what training, penial codes, or laws (if any) are passed for residential or individual crisis control or handing with hospital, nursing homes, insurance companies, etc.

Pursuant for discovery

Defendant 3
(Brian T. Lyman Chief Accounting Office)
Uri Monson Secretary
The Office of Comptroller Operations
Dba (Pennsylvania Office of the Budget)
555 Walnut Street 9th Floor Street
Forum Place
Harrisburg, Pennsylvania 17101

Business Description (From PA Office of the Budget website)
The Office of Comptroller Operations prepares and issues the Commonwealth of Pennsylvania's annual comprehensive financial report, or ACFR, and the state-

level single audit.  The office oversees the commonwealth's uniform accounting, payroll and financial reporting systems.  Additionally, Comptroller Operations provides auditing, financial management, accounts payable and receivable services; enterprise-wide travel management and support; quality assurance and process improvement consulting; and other specialized services including enterprise vendor registration and support.

In 2009, the Office of Comptroller Operations undertook a bold reorganization to a shared services model that consolidated nine offices and bureaus and streamlined the commonwealth's finance business processes that resulted in an annual savings of $10 million compared to 2008 costs.  This reorganization earned the office the GFOA's 2011 E-Government and Technology Award for Excellence in Government Finance.  Additionally, in 2022 the Office of Comptroller Operations earned the GFOA Certificate of Excellence in Financial Reporting for the 36th consecutive year

Abstract to standing (see above; The Comptroller Pennsylvania Health Department Office of Dba Department of Health Pennsylvania)

Defendant 4
Pennsylvania Department of Human Services
625 Forster Street
Harrisburg, Pennsylvania 17120-0701

Diana Fishlock Deputy Communications Director
Micheal Matsko Director
Katie Guadagnino Income Maintenance Case Worker
William Whitman Information Technology Generalist
Jerri Hall Contract Manager
Valerie Arkoosh Acting Secretary

Business Description
Pennsylvania Department of Human Services is primarily engaged in planning, administration, and coordination of programs for public assistance, social work, and welfare activities, such as old age assistance, child welfare, aid to families with dependent children, aid to the blind and disabled, medical assistance, human resource development, and related activities.

Abstract to standing
Pennsylvania Department of Human Services is in violating Health Insurance Portability and Accountability Act Breach of Contract of fiduciary for use of Medicare or Medicaid, The Family Educational Rights and Privacy Act of 1974 aka FERPA Stuckley Amendment, The Identity Theft and Assumption Deterrence Act of 1998, and FTC Deceptive and Unfair Acts Practices, not honoring Medicare and Medicaid waives by requesting for previously earned incomes for Mickey M. Ellis and civil assists forfeit, should not be requested when over 65 with correct advocacy.

Defendant 5
Pennsylvania Department of Health
(aka Executive Office of The Commonwealth of Pennsylvania)
625 Forster Street
Harrisburg, Pennsylvania 17120-0701

Dr. Debra L. Bogan Acting Secretary of Health
Rachel Levine Secretary
Joseph Wasiak Assistant Executive Director
Rust Meghan Forensic Social Worker
Kristen Rodack Director
Ann Graeff Accounting Manager
Paul Sienkiewicz Project Manager

Business Description (From D&B)
Department of Health is primarily engaged in planning, administration, and coordination of public health programs and services, including environmental health activities, mental health, categorical health program (e.g., cancer control, communicable disease control, maternity, and child health), health statistics, and immunization services.

Abstract to standing (See Federal Acts and Letters from complaints)

Defendant 6
Pennsylvania Office of General Counsel
(aka Commonwealth of Pennsylvania Office of General Counsel
& Executive Office of The Commonwealth of Pennsylvania)
333 Market Street FL 17
Harrisburg, Pennsylvania 17101-2210

Bureau of Professional and Occupational Affairs
Legal Office –Prosecution Division
P.O Box 69521
Harrisburg, Pennsylvania 17106-9521

Andrew Hanna Deputy General Counsel
Theron Perez Deputy General Counsel
Anne Gingrich Cornick Deputy General Counsel
Jullia Sheridan Deputy General Counsel
David J. Schertz Prosecuting Attorney

Business Description
Pennsylvania Office of General Counsel is primarily engaged in providing general
support for government, which include personnel, auditing, procurement
services, and building management services, and other general government
establishments which cannot be classified in other industries.

Abstract to standing (see letter sent from David J. Schertz dated May 1, 2023 and
See Federal Acts)

Defendant 7

Pennsylvania Department of Education Professional Association
333 Market Street
Harrisburg, Pennsylvania 17101-2210

Dr. Khalid N. Mumin Acting Secretary
Eric Hagarty State Superintendent Of Schools
Matthew Stern Assistant Superintendent

Carolyn Angelo Executive Director
Monique Williams Accountability Director
Susan Mccrone Federal Program Director

Business Description (From D&B)
Pennsylvania Department Of Education Professional Association is primarily
engaged in central coordination, planning, supervision and administration of
funds, policies, intergovernmental activities, statistical reports and data
collection, and centralized programs for educational administration. Government
scholarship programs are classified here. Included are Federal and State
education departments, commissions and similar educational organizations.

Abstract to standing

During my years attending schools within the jurisdiction of the Pennsylvania
Department of Education Professional Association were faced within the position:

Budget setbacks
Lack of subsidized development
Deficits
Mandated medical diagnosis (Educational)
Misappropriations of budget
My parents (Mickey M. Ellis & Verona T.E Ellis) being left with no choice but to
vaccinate themselves in addition to their children without being explained the
side effects to vaccination. Personally my father is partially periodical
experiencing of anaphylactic shock from vaccinate in addition to chemicals while
being employed at Newman & Company in addition to local and international.

Additional evidence during discovery

Defendant 8 (Domicile 1 of 2)

Equal Employment Opportunity Commission
131 M. Street Ne
Washington, District of Columbia, 20507-0003

Charlotte A. Burrows, Chair

Jocelyn Samuels, Vice Chair
Keith E. Sonderling Commissioner
Andrea R. Lucas Commissioner

Business Description (Source D&B Hoovers)

Everyone should get a fair shake and the US Equal Employment Opportunity
Commission (EEOC) works to make it happen. The EEOC enforces Federal laws
prohibiting employment discrimination on the basis of age, race, color, religion,
sex, genetic, information, national origin, or physical disability. The Commission's
jurisdiction encompasses discrimination issues for the Federal government (as an
employer), for private employers, state and local agencies, and labor
organizations. Through more than 50 field offices, the EEOC reviews and
processes employment discrimination charges and files discrimination suits on
behalf of aggrieved employees. It also provides guidance to help employers create
fair workplaces.


Abstract to standing (Pursuant during discovery listed below)


Defendant 8 (Domicile 2 of 2)

Equal Employment Opportunity Commission
EEOC-Philadelphia District Office
801 Market St Ste 1300
Philadelphia, Pennsylvania 19107-3127

Joseph Hardiman Branch Manager
Deborah Kane Senior Trial Attorney
Steven Jessenhoward JD Candidate And Law & Public Policy Scholar
Fredericka Warren Records Disclosure Coordinator
Shanon Levin Administrative Judge
Syretta Hall Senior Investigator
Spencer H. Lewis, Jr. District Director
Carlton M. Hadden Director, Office of Federal Operations
Karen A Townes EEO/ADR Specialist

Business Description source (D&B Hoovers)

Equal Employment Opportunity Commission is primarily engaged in planning, administration, and coordination of programs for public assistance, social work, and welfare activities, such as old age assistance, child welfare, aid to families with dependent children, aid to the blind and disabled, medical assistance, human resource development, and related activities.

From the EEOC website (The Commission and the General Counsel)

The U.S Equal Employment Opportunity Commission (EEOC) is a bipartisan Commission comprised of five presidentially appointed members, including the Chair, Vice Chair, and three Commissioners. The Chair is responsible for the administration and implementation of policy for and the financial management and organizational development of the Commission. The Vice Chair and the Commissioners participate equally in the development and approval of Commission policies, issue charges of discrimination where appropriate, and authorize the filing of suits. In addition to the Commissioners, the President appoints a General Counsel to support the Commission and provide direction, coordination, and supervision to the EEOC's litigation program.

I've (Prince R. Ellis) filed my first Equal Employment Opportunity Commission claims during the late spring of 2013. The claim was against Pep Boys Auto after being wrongfully terminated. The complaint was filed under the standing of the Civil Rights of 1964. The complaint was later dismissal and was advised according to the letter to file in federal or state court.

Other employers that the EEOC sent dismissal notices and was advised to file in federal or state court were:

Armen of Ardmore
Pep Boys Auto
Sears
United States Postal Service

Fed Ex Ground (JWD Delivery)
Tri County Toyota
Flyte Tyme Worldwide (Now Addison Lee)
Among others

One of my (Prince R. Ellis) issues with how the EEOC handles complaints and not looking into the strategy of how retaliatory treatment and despair impact is emulated within the employer's method of termination. Title VII of the Civil Rights Act of 1964 can be viewed differently based on reproach and political view not to mention the other Titles of the Civil Rights Act of 1964.

It seems like affirmative action would possibly have to be applied and I am (Prince R. Ellis) if an EEOC attorney want to apply that right within the faction of respect fashions within these institutions.

Pursuant to discovery

Defendant 9 (Domicile 1 of 2)

U S Department of Health & Human Services
200 Independence Ave SW
Washington, District of Columbia, 20201-0004

Xavier Becerra Secretary
Andrea Palm Deputy Secretary
McArthur Allen Chief Administrative Law, Office of Medicare Hearings and Appeals (OMHA)

Business Description (Source D&B Hoovers)

From exercise guidelines to disaster response, Health and Human Services (HHS) takes care of people and their health. The agency's 300-plus programs cover everything from immunizations and food safety to Medicare and emergency preparedness. It also provides services for low-income families, Head Start (pre-school), domestic violence and child abuse prevention, and substance abuse treatment and prevention. HHS uses about a quarter of all federal funds; its 2013 budget is more than $940 billion. Its agencies includes National Institutes of

Health, Food and Drug Administration, and Centers for Diseases Control. Through its roots go back to 1798, HHS was officially created in 1953 by President Dwight Eisenhower.

Abstract to standing

My (Prince R. Ellis) position with the US Department of Health is the standard of the adoption during the period of the 1980s into the 1990s. How was the following?

Standards for hospitals for newborn delivery
Standards for pediatric assistant with minority & other races
Options and guidelines for immunizations
Criteria for exemptions

Looking back over the course of my (Prince R. Ellis) life I felt as though the standards (not sure with how well they were adopted) could have been better at some hospitals. However I'm (Prince R. Ellis glad along with my parents (Verona E.T Ellis & Mickey M. Ellis) have made it through. The standards and level of care however at some of these hospital presented at overtone with my educational outcome especially with pediatric care.

How were these standards enforced during this period of time?

Defendant 9 (Domicile 2 of 2)
Centers for Disease Control and Prevention
1600 Clifton Road NE
Atlanta, Georgia 30329-4018

2nd Address
PO Box 15580
Atlanta, Georgia 30333-0080

Rochelle P. Walensky M.D, MPH CDC Director
Glen Bruce Chief Technology Officer
Mary Mortensen Chief Medical Officer

Alan Sim Chief Data Officer
Sherri Berger Chief Operating Officer
Amenda Cohn Chief Medical Officer
Abraham Lincoln Chief Management Officer

Business Description (D&B Hoovers)

The Centers for Disease Control & Prevention (CDC), the lead federal agency for protecting the health and safety of US citizens, the health and safety of US citizens, investigates health problems, performs research, and develops public health policies. It is on of major operating components of the Department of Health and Human Services and comprises two dozen or so centers, institutes, and offices. The CDC increases the health the health security of its nation. As the nation's health protection agency, CDC saves lives and protects people from health threats. In addition, it has variety of public health STEM activities for students from elementary school through high school. The company traces it roots back in 1946.

Abstract to Standing

My (Prince R. Ellis) position with the US Department of Health is the standard of the adoption during the period of the 1980s into the 1990s. How was the following?

Standards for hospitals for newborn delivery
Standards for pediatric assistant with minority & other races
Options and guidelines for immunizations
Criteria for exemptions

Looking back over the course of my (Prince R. Ellis) life I felt as though the standards (not sure with how well they were adopted) could have been better at some hospitals. However I'm (Prince R. Ellis glad along with my parents (Verona E.T Ellis & Mickey M. Ellis) have made it through. The standards and level of care however at some of these hospital presented at overtone with my educational outcome especially with pediatric care.

How were these standards enforced during this period of time?

Pursuant for more discovery

Defendant 10
Attorney General, Pennsylvania
Strawberry Square 16th Floor
Harrisburg, Pennsylvania 17120-0001

Michelle A. Henry Attorney General
Strawberry Square Attorney General
Christopher Carusone Manager
Joseph May Deputy Attorney General
Michael J. Hale
Will Otto Principal

Business Description (From D&B)

Attorney General, Pennsylvania is primarily engaged in providing legal counsel to
or prosecution for their governments and operation or administration of crime
prevention programs.

Abstract to standing
Pursuant against D&B description and pursuant toward federal acts Pennsylvania
Office of Attorney General has been vague to none in providing legal counsel
when I've filed claims in the civil rights division and bureau of consumer
protection, In fact I'm (Prince R. Ellis) facing criminal charges partial due to
adversarial and not seeking who is responsible for subrogation.

(Civil Rights Act of 1964, 1968, and 1991) (See Federal Acts and Letters from
complaints)

Defendant 11 (Domicile 1 of 3)
Administrative Office of Pennsylvania Courts
301 Chestnut Street

Harrisburg, Pennsylvania 17101-2755

Vincent Quinn Principal

Business Description (From D&B)
Administrative Office of Pennsylvania Courts is primarily engaged in civilian courts of law.

Abstract to discovery (see Chestnut Hill Lodge dba Rest Haven)


Defendant 11 (Domicile 2 of 3)
Administrative Office of Pennsylvania Courts
601 Commonwealth Avenue Suite 1500
Harrisburg, Pennsylvania 17106

Kim Berkeley Clark President Judge
Honorable T. Veon President
John F. Disalle President Judge
George W. Wheeler President Judge
Susan Davis Vice-President
Denise Parise Director, Human Resources

Business Description (From D&B)
Pennsylvania's Unified Judicial System ensures that justice prevails in the Keystone state. Its Supreme Court, highest court in Pennsylvania, consists of a chief justice and five justices, all elected officials. The Supreme Court provides the final judgment concerning the interpretation of the state constitution. The Commonwealth Court and Superior Court each consist of a president judge, dozen judges, and a half dozen senior judges. Below them is the Common Pleas, followed by other courts such as the community courts and district justices, as well as the municipal and traffic courts.

Abstract to standing
See Answer to Guardianship filing opposition, duty of care, and patient care directive

Defendant 11 (Domicile 3 of 3)
Montgomery County Court House (Orphans' Court Division)
(Montgomery County 38th Judicial District)
P.O. Box 311
Norristown, Pennsylvania 19404-0311

Business Description (From D&B)
Montgomery County is the 38th Judicial District of the Unified Judicial System of
Pennsylvania. The Court of Common Pleas has a complement of 24 full time
Judges. There are 30 Magisterial District Judge courts within the district.

Hon. Judge Melissa S. Sterling
Matthew V. Pio Orphans' Court Administrator
Rachel Deenis Judicial Assistant
Ashley Kodet Orphans' Court Administrator

Abstract to Standing (Defenders 8, 9, 10)

Pursuant to Pennsylvania surprise billing act, care directive, social security rules,
and duty of care.
From Older Adult Protective Services:
 Under the Older Adult Protective Services Law, adults age 60 and older who
because of mental or abandonment, may be reported in need of Protective
Services. Abstract to discovery (see Chestnut Hill Lodge dba Rest Haven)

Defendant 12

PCA (Philadelphia Corporation for Aging Inc.)
642 N. Broad Street Fl 5
Philadelphia, Pennsylvania 19130-3499

Joel Tebeest Chief Financial Officer
Laura Weinbaum Chief Operating Officer

Ann Danish Director, Care Management
Herbert Simonian Regional Sales Director
Brenda Collazo Executive Director
Allen Glicksman Director of Research and Evaluation
Susan Stark Social Service Coordinator
Megan Flanagan Protective Services Supervisor
Sherrell Jenkins Services Coordinator
Vincent Moore Services Coordinator
Addition Defenders during discovery

Business Description (From D&B)
Philadelphia Corporation For Aging Inc. is primarily engaged in providing one or
more of a wide variety of individual and family social, counseling, welfare, or
referral services, including refugee, disaster, and temporary relief services. This
industry includes offices of specialists providing counseling, referral, and social
services.

Abstract to Standing
During our rapport with the Aging Corporation beginning in 2018 their support
has been very lackluster with not returning phone calls, not providing content
advocacy toward addition resources this includes:

Definition of coordination
The process of organizing people or groups so that they work together property
and well. The harmonious functioning of parts for effective results.

During the time of our rapport with PCA there has been house visits some of
which I was not there to advocate or suggest.

If there was consist advocate that suggested the right questions if could have
been:
House repairs done sooner (By process)
Power of attorney written sooner
Care Directives performed much sooner

In year 2019 when the social work came by I kept in rapport however I did not hear from them unless my father did not answer the door upon their visit. During that time in even offered to be at home when the coordinator came by however they said that was not necessary.

In addition to the period of September 2021 to April 2023 there were:

Abuse complaints placed (made about Court Appointed Guardian Bruce Atwine and Attorney Rosemary Ferino), I also made reports to Philadelphia Corporation of Aging within last years before court appointed guardianship was placed for my Dad (Mickey M. Ellis).

Reached out to PCA to receive advocacy to put in place power of attorney and having emergency home repair done to reduction burden of emotional distress on my father (Mickey M. Ellis, my mother Verona E. Thomas Ellis, myself Prince R. Ellis, along with other family members).
Visits made by (PCA officials).

Susan Stark visited my father resident a few times (after complaints were submitted my myself and my sister), Ms. Stark said there was nothing that could be done within the capacity of PCA to dispute the Montgomery County orphan's court appointed guardianship of Mr. Bruce Alwine.

I (Prince R. Ellis) had a question about Philadelphia Corporation of Aging PCA Conjugate Care, I can't remember which official of Philadelphia Corporation of Aging that I asked

Other Philadelphia Corporation of Aging officials that held established rapport that stated no help could not be given provided were however this was after the decree of guardianship ruling (March-April 2023) The officials were:

Protective Services supervisor Megan Flanagan
Sherrell Jenkins (not sure of person)
Vincent Moore (not sure of position)

According to various sources and PCA's website they assist with

Senior Centers
Transportation
Health and Wellness
Senior Companion Program
Employment & Job Training
Older Adult Protective Services
Ombudsman Program
Among other many programs

The rapport we received from PCA for my father (Mickey M. Ellis) was very limited and unhelpful.

Defendant 13
Philadelphia Bar Association
1101 Market Street FL 11
Philadelphia, Pennsylvania 19107-2911

Peter Johnson Executive Vice President and Chief Fiduciary Officer
Mary Meekshank Executive Director
Cathryn Millerwilson Executive Director
Laval Millerwilson Executive Director
Anita Santossingh Executive Director
Joanna Visser Adjoian Co-Director

Business Description (From D&B)
Philadelphia Bar Association is an organization of professional persons for the advancement of the interests of their profession.

Abstract to standing
I've called the Philadelphia Bar Association numerous times for referral (attorneys) that were professional or respectable. There have been times I've called and the operator was very rude toward the category of attorney.

Defendant 14 (Domicile 1 of 4)

The School District of Philadelphia

440 N. Board St
Philadelphia, Pennsylvania 19130-4090

2nd Address
PO Box 11726
Philadelphia, Pennsylvania 19101-0726

Dr. Tony Watlington Phd Superintendent Present
Past Superintendents
Matthew Stanski Chief Financial Officer
Elliot Weinbaum Chief Philanthropy Officer
Majeedah Scott Director
Meredith Mehra Director & Development & Programming Professional
Soula Servello Director of Strategic Planning
Gloria Gresham Director
Lou Bellardine Chief Talent Officer
Andrew M. Rosen Deputy Employee Relations (during employment)

Business Description (From D&B)

Elementary and secondary schools furnishing academic courses, ordinarily for
kindergarten through grade 12. Included in this industry are parochial schools and
military academies furnishing academic courses for kindergarten through grade
12, and secondary schools which furnish both academic and technical courses.

Abstract to standing

During the year 1987 that I started attending school within the system of the
School District of Philadelphia. During that year there was many events occurring
within the county as well as international.  In 1987 I started attending Belmont
Elementary School in which I attended through the end of the school year in June
of 1988; I am not sure if the curriculum level (academic time) during that school
year (1987-1988) when in kindergarten.

Some of the events occurring that year were:

Dr. W. Wilson Goode running for reelection that year

One Liberty Place was constructed
Gary M. Heidnik was apprehended for murder
Peter Tosh murdered
Some events that effected the municipal, national, and international budget (can be discovered during discovery)

During the year 1989 I started attending Daroff Elementary School located in the Haddington section of Philadelphia, PA. During my years attending Daroff Elementary School there were special education classes in which included regular classes speech therapy, physical education, science, music (very limited), and computer courses that featured Apple Macintosh system. There was a device called System 80 that was in my home classroom (Ms. Tina Denenberg), we used it and there was not teacher instruction that I recalled when I used it. Also, there was a black & white Emerson (had School District of Philadelphia sticker on it) monitor style television that seemed like it was from the late 1960s or early 1970s; I remembered the class watching Sesame Street and Mr. Rodgers neighbor on. Mrs. Pearson's classroom had an RCA color monitor that seemed to be time appropriate circa (late 1980s). In addition I recalled in the auditorium there was a Pioneer (early format projection screen) that featured the three or four primary colors lamp that was from the mid-1970s to early 1980s; my vantage perspective on these electronics are very accurate because my father (Mickey M. Ellis) had taken subscriptions to magazines such as Stereo Review, Audio Magazine Popular Mechanics, Consumer Reports, in addition to other magazines during the 1960s through 2000s. He (Mickey M. Ellis) is also audio enthusiast and experienced horologist.

My mother (Verona T. E. Ellis) is also cultural trendy and was also an employee at the School District of Philadelphia, she was subsequently laid off because of budget misallocation with the state.

The insight that I am presenting to the contest that is presented in the previous paragraph is that the curriculum seemed inadequate and insufficient (I am not blaming teacher school staff). I remember in second or third grade I explained to my mother that I was not learning anything new learning the same material again and again.

In third or fourth grade my home my regular homeroom teacher was Ms. Amy Andrews she was married and changed her name to Price. I took some pencils home wrongly home and was disciplined by my mother (Verona T. E. Ellis). In reality I should have not taken the pencils home however was the state and federal punished for mis funding the school system in the Haddington of section of Philadelphia. In fourth grade I did not recall my multiplication time tables, my father (Mickey M. Ellis) taught them to me (Prince R. Ellis). I recalled having several substitute teachers during my attendance at Daroff Elementary School.

In fourth or fifth grade my homeroom teacher at Daroff Elementary School was Mrs. Donna Borowski, it seem that the level of Mathematics, English, Social Studies could have been better. Curriculum enhancement was much needed in the special education, I probably should have not been placed in special education referred to (Sped) classes.

Also, I graduated from Daroff Elementary during the year 1994 and beginning attending Evelyn Graves Christian Academy (Parochial) school located in Southwest Philadelphia. Parochial schools are also partial funded by the Municipal and commonwealth. I am not sure if there is no commonwealth over slight. I (Prince R. Ellis) experienced educational diminishment during my years in the Pennsylvania education system that continued in College which is partial the reason why I have not yet completed it. During my years attending Daroff there was mention of the school (Daroff Elementary School) having a middle school up to eight grade, there was not any middle school to my knowledge while I attended there.

Upon discovery to amend motions acts of misfunding

Defendant 14 (Domicile 2 of 4)

The Fund For The School District of Philadelphia
30 S. 17th Street FL 11
Philadelphia, Pennsylvania 19103-4011

Donna Frisbygreenwood President And Chief Executive Officer
Ed Zimmermann Chairman of the Board

Lauren Cawley Grants Manager
Jon Kandrick Climate Manager
William Mitchell Teacher
Kristie Edling Board Member

Business Description

The Fund For The School District of Philadelphia is primarily engaged in
community improvement and social change. Organizations primarily engaged in
soliciting contributions on their own account and administering appropriations
and allocating funds among other agencies engaged in social welfare services are
also included.

Abstract to standing
Mentioned above and mentioned below

Defendant 14 (Domicile 3 of 4)

Philadelphia Federation of Teachers Inc. Local 3
1816 Chestnut St
Philadelphia, Pennsylvania 19103-4998

Jerry T. Jordan Vice President General
Dee Philips Vice President Middle Grades
Linda Harris Assistant To The President
Denise Rodgers Vice President Elementary Schools
Wendy Coleman Associate Secretary/Staff Representative
Jackie Dubin District Staffer

Business Description (From D&B)
Philadelphia Federation Of Teachers Inc. Local 3 is an organization of workers for
the improvement of wages and working conditions.

Abstract to Standing

From precious filing on 05/31/2019 (The facts of my case are as follow)

"During my very brief career at the School District of Philadelphia. I was wrongly terminated due to leaving work early to (previously scheduled) situate a very important appointment and scheduling a day off to remove a painful tooth; among the reason of reporting a student that made a sexual comment about me to me. There were many situations of bias that I have experienced; such as reading conscious learning material to the students; the main situation (that caused me to be terminated) was a young lady (student) made a sexual comment and I reported it to the teacher and staff."

From P.F.T. Payroll/Personnel inquiry form (Jerry T. Jordan, President)

"Considering I am really grateful for being a School District of Philadelphia employee; I would to present the P.F.T. and warm and cordial thank you for continuing setting a meditation of protection for employees of the school district. Association of assistant or assisting the students in which case are special education or needs requires patience, consciousness of character or well-being. The progressive being of a development of a teacher should began with well equipped, up to date classrooms, with addition safety and comfort for the students and staff. I would like for extend the potential of my request to all teachers and ask for the raise of $42,000 for teachers assistants and $56,000 for all teachers."

Addition info will be filed during motions

Defendant 14 (Domicile 4 of 4)

Joseph Greenburg School (The School District of Philadelphia)
600 Sharon Ln
Philadelphia, Pennsylvania 19115-3527

Gina Hubbard Principal
Ashanta Austin Assistant Principal
Other Defendant (Motion during discovery)

Business Description
Elementary and secondary schools furnishing academic courses, ordinarily for kindergarten through grade 12. Included in this industry are parochial schools and

military academies furnishing academic courses for kindergarten through grade 12, and secondary school which furnish both academic and technical courses.

Abstract to standing

"During my very brief career at the School District of Philadelphia. I was wrongly terminated due to leaving work early to (previously scheduled) situate a very important appointment and scheduling a day off to remove a painful tooth; among the reason of reporting a student that made a sexual comment about me to me. There were many situations of bias that I have experienced; such as reading conscious learning material to the students; the main situation (that caused me to be terminated) when a young lady (student) made a sexual comment and I reported it to the teacher and staff."

Other details to be presented during discovery

Defendant 15

Evelyn Graves Ministry Church
Dba Evelyn Graves Drama Productions, Inc.
5447 Chester Ave
Philadelphia, Pennsylvania 19143-4913

2nd Address
PO Box 5416
Philadelphia, Pennsylvania 19143-0416

Dr. Evelyn Graves
Dr. John W. Graves
Dr. Cassandra Graves
Sharon Flythe
Pamela Robinson

Business Description (source D&B Hoovers)

Establishments of religious organizations operated for worship, religious training or study, government or administration of an organized religion, or for promotion of religious activities. Other establishments maintained by religious organizations, such as educational institutions, hospitals, publishing houses, reading rooms, social services, and secondhand stores, are classified according to their primary activity. Also included in this industry are religious groups which reach the public through radio or television media.

Abstract to standing

During my years (1994-2001) attending the Evelyn Graves Christian which is subsidiary of the Evelyn Graves Ministry were reproached with overwhelming changes within the nation and commonwealth of Pennsylvania; the political direction resulted in the result of my education through college.

One change that was recalled in 1995 when the Republicans regain control of the US House of Representatives since 1955.

The article titled Rollback Noam Chomsky wrote in Z Magazine during the January-May, 1995 presented the catalyst within a forecast of what to come. He quoted:

"The elections of 1994 are described as a "political earthquake", a triumph of conservatism" that reflects the continuing "drift to the right" on the part of the American population. The victorious Gingrich army of well-trained, well funded "conservatives" call for a Contract with America that will finally "get government off our backs" so that we can return to the happy days when the free market reigned".

Indeed further reading the article presented the blueprint about what the right wing was going to do and looking back at that period they succeeded within the area of education reform, of course this chapter began during the Nixon Administration which on some levels further speaking (not blaming only the Nixon Administration) had it beginning during the Great Depression.

When I (Prince R. Ellis) first enrolled at Evelyn Graves Christian Academy my math level was two or three grade levels lower than where it should be; English was probably within the same levels.

The extra curriculum classes we (Prince R. Ellis) along with my classes mates had at Evelyn Graves were:

Physical Education
Computer
Typing

Word Processing
Physical Education
Civic (Political) discussion
Scripture studies

Interesting and elaborate taught indeed however by eight grade I (Prince R. Ellis) begin to experience the cutbacks within the national and international budget. An example is that in sixth grade I've (Prince R. Ellis) commuted on the school bus (Atlantic Express) to school and in eight grade I (Prince R. Ellis) was given SEPTA tokens to commute on the public transportation to school; which lasted until I (Prince R. Ellis) graduated high school.

In ninth grade I (Prince R. Ellis) was given an opportunity to beginning attending again Philadelphia Public School, my mother (Verona E.T. Ellis) stated it may be very unsafe. A student (cannot recall his name) had been seriously attacked reportedly by fellow student (not sure if that was the true story) at Overbrook High Student; the high school where my parent had considered transferring me to, my father (Mickey M. Ellis) assumed that transferring back to public school would had been a good thing for me. However I decided to remain at Evelyn Graves Christian Academy until graduating high school. One of the reasons I (Prince R. Ellis) decided to remain at Evelyn Graves Christian Academy (abbreviated EGMCA) was that the ministry (administrative front office) were mentioning that by January of 1997 or 1998 the Academy was going to be at a new facility located on the sight of the Mercy Douglas hospital on the 49 hundred block of Woodland Avenue; the land was owned by the ministry as was told.

The construction never was done and the location of the academy remained on 5447 Chester Avenue in addition to two other annex locations, they were 5441 Chester Avenue and 1115 Whitby Avenue Yeadon, PA 19050. I'm (Prince R. Ellis) assuming that the reasoning was that the administration and ministry did not receive enough support from the federal government, municipal of Philadelphia, nor the commonwealth of Pennsylvania. I'm (Prince R. Ellis) sure that other subsidies are included in not sponsoring the redevelopment venture however other rumors verbal stated that it was low student attendance. I (Prince R. Ellis) recalled a model of what it would cosmetically emulate.

I graduate Evelyn Graves Christian Academy in June 2001, I (Prince R. Ellis) attended the senior prom with some fears that I (Prince R. Ellis) would have to attend summer school, sorrow about not taking the SAT and overall academic progress because one of my (Prince R. Ellis) homeroom teachers (Sister Pamela Robinson) had mention I would been better of attending Community College of Philadelphia in addition to mentioning that I would be lost attending a regular school, my (Prince R. Ellis) tuition was behind during that period as well. Not having my (Prince R. Ellis) actual high school decree not included in the leather folder was addition stress and trauma within itself. During this period I (Prince R. Ellis) was refused from attending a few colleges and universes; two of the colleges that I've (Prince R. Ellis) applied for were Temple University and Beaver College).

There were good times and bad times at I have (Prince R. Ellis) experienced at Evelyn Graves Christian Academy. My (Prince R. Ellis) condolences to the Graves family for the death of founder Dr. Rev. Evelyn Graves (January or February 2022); she and her family set many standards in the ministry and in the religious world.

My (Prince R. Ellis) instructors and teachers names at Evelyn Graves Christian Academy over the course from 6th to 12th grade were:

Phillip Samson
John Graves Jr.
Pamela Robinson
Rev. Emanuel Brinson
Terry Pressley
Clarey Brown

Pursuant to further discovery

Defendant 16

Community College of Philadelphia
1700 Spring Garden St
Philadelphia, Pennsylvania 19130-3991

Donald Generals President
Thomas Hawk Vice President-fin

Edward Crosbee Chief Executive Officer
Anne Greco Director of Campaign And Grant Development
Mindy Posoff Managing Director
Bill Bromley Director, Information Technology Services

Business Description

Junior colleges and technical institutes furnishing academic, or academic and technical, courses and granting associate degrees, certificates, or diplomas. The requirement for admission is at least a high school diploma or equivalent general academic training.

(From Community College of Philadelphia website Programs of Excellence line)

Community College of Philadelphia's transfer and career programs prepare you for further education and to enter high-demand industries in the Philadelphia region. The College stays current with trends in its regional job market, which help to ensure that quality and relevance of our programs. Career paths in these industries provide good wages, employment stability and opportunities for advancement through further education. Seven of our more than 70 degree and certificate "programs of excellence" are featured below.

I (Prince R. Ellis) begun attending the Community College of Philadelphia in September of 2001 which was an awful period in United States history. Of course who cannot forget the awful events of September 11th, 2001? I (Prince R. Ellis) recalled the Friday after the events I (Prince R. Ellis) was in a line that rapped around the corner. Either the weeks before or after that I've (Prince R. Ellis) taken the college entrance exam; the result of the exam was that I had to take remedial courses, taking these remedial courses took over almost two years.

When I (Prince R. Ellis) began taking regular classes at the Community College of Philadelphia the renewed experience of beginning to take regular classes were somewhat exhausting by that time. When being approached to have a major I selected Automotive Technology & African America studies.

From Summer 2003 to around Spring of 2011 or 2012 I've (Prince R. Ellis) taken numerous courses which included:

English courses
Automotive Technology
Macro & Micro economics
Science
Psychology
Along with many others

During the period that I've (Prince R. Ellis) attended the Community College of Philadelphia there were experiences in which I (Prince R. Ellis) was a victim of despair impact, examples were:

Waiting in long lines in enrollment because of staff storages
Classmates with myself making suggestion in one of Science or Psych courses toward more test instead condensing material. The suggestion was ignored and I (Prince R. Ellis) had to either retake the class or received a low grade.

Professors (I understand why) favoring import automobiles over domestic automobiles in automotive classes

Being told by one of my professors that I (Prince R. Ellis) was going to have a hard life; not sure why she said that.

Myself (Prince R. Ellis) mentioning "Nixon did" in Macroeconomics class, the professor Dr. Burke smiled at me after class when I spoke to him (Dr. Burke) after class one evening, Professor Burke subliminally spoke about Benton Wood Monetary system in which President Nixon suspended it in 1971. However I still failed the course.

I (Prince R. Ellis) realized the reason why I (Prince R. Ellis) did not process more in my education, one of the reasons were that there were many prejudgments that did rotate in my (Prince R. Ellis) favor, of course there are more however I will present those during discovery.

Pursuance during discovery

Defendant 17

Center For Advocacy The Rights and Interests of Elderly
1500 John F. Kennedy Blvd Suite 1500
Philadelphia, Pennsylvania 19102-1728

2nd Address
1650 Arch Street
Philadelphia, PA 19103

Diane Menio Executive Director
Whitney Lingle Executive Director
Kathy Cubit Executive
Youngyull Kim Vice President Care Chemicals Sales And Marketing
Rebecca Nurick Project Manager, Pennsylvania Smp
Jessica Hartfield Volunteer Coordinator-Long Term Care Ombudsman
Juliane Holz Victim Advocate
Nequava Matthews Long Term Care Ombudsman

Business Description (From D&B)
Center for Advocacy for the Rights and Interests of the Elderly is primarily
engaged in community improvement and social change. Organizations primarily
engaged in soliciting contributions on their own account and administering
appropriations and allocating funds among other agencies engaged in social
welfare services are also included.

Abstract to standing
During the period from June 2022 to August 2022 I (Prince R. Ellis) had established
a rapport with Center for Advocacy the Rights and Interest of Elderly being though
that I was legal rep & power of attorney for my father (Mickey M. Ellis). During
the date of 06/22/2022 I established correspondence with Alex Brendanawicz
also at this time I had a number of on location visits to which included
introduction on Ms. Nequava Matthews (Long Term Ombudsman). Ms. Matthews
asked me to email the power of attorney, living will, and final will that was

witnessed by healthcare advocate Mr. Joe Islar and Bill Feggins, I emailed her the power of attorney on 08/19/2023 in which I never received a response.

At this period (June 2023) I've had conversions Ms. Matthews that really did not progress or refine the advocacy that my father was receiving at the time. I also attempted to reach Ms. Matthews over telephone (also left messages) on several occasions last on 05/18/2023.

Defendant 18 (Domicile 1 of 2)
Seniorlaw Center
1500 John F. Kennedy Blvd Suite 1501
Philadelphia, Pennsylvania 19102-1728

2nd Address
1650 Arch Street Suite 1820
Philadelphia, PA 19103

Business Description (From D&B)
Seniorlaw Center is primarily engaged in providing one or more of a wide variety of individual and family social, counseling, welfare, or referral services, including refugee, disaster, and temporary relief services. The industry includes offices of specialists providing counseling, referral, and other social services.

Karen C. Buck Esquire Executive Director
Louis Colbert Vice President
Michele Cohen Attorney
Roseanne Milanes Attorney
Meaghan Shirk Attorney
Jeffrey Gerome Administrative Coordinator
Valerie Snow Attorney
Kersey Cunningham Senior Legal Advocate

Abstract to Standing
I've originally contracted the Senior Law during months of August 2020 to December 2020 to receive legal advocacy for my father (Mickey M. Ellis) and had a call returned once (cannot the name of the attorney) but was not followed up with. Again I accepted to contact between April 2021 to August 2021, there could

have been other previous dates in which I've tried to contract the Senior Law Center.

In addition there were other visits that I've made to the senior law center during the months of September 2022 to March or April 2023 to which my sister was also present. Ms. Kersey Cunningham presented us her card at this card in addition to returning a call back, during the call she said she was not able to assist us with contesting the guardianship or any legal assistance due to the ruling of the guardianship made in Montgomery County, Pennsylvania.

From my knowledge I'm aware at uniformed guardianship is based off of county however attorneys are barred in accordance to state standard.

Defendant 18 (Domicile 2 of 2)
Seniorlaw Center (Legal Division)
2 Penn Circle Suite 1501
Philadelphia, Pennsylvania 19102-1728
2nd Address
1650 Arch Street Suite 1820
Philadelphia, PA 19103

Business Description (From D&B)
Establishments which are headed by members of the bar and are primarily engaged in offering legal advice or services.

Abstract to Standing
I've originally contracted the Senior Law during months of August 2020 to December 2020 to receive legal advocacy for my father (Mickey M. Ellis) and had a call returned once but was not followed up with. Again I accepted to contact between April 2021 to August 2021, there could have been other previous dates in which I've tried to contract the Senior Law Center.

In addition there were other visits that I've made to the senior law center during the months of September 2022 to March or April 2023 to which my sister was also present. Ms. Kersey Cunningham presented us her card at this card in addition to returning a call back, during the call she said she was not able to assist

us with contesting the guardianship or any legal assistance due to the ruling of the guardianship made in Montgomery County, Pennsylvania.

From my knowledge I'm aware at uniformed guardianship is based off of county however attorneys are barred in accordance to state standard.

Defendant 19
Community Legal Services, Inc.
1424 Chestnut Street Floor 5
Philadelphia, Pennsylvania 19102-2556

2nd Address
1410 W. Erie Avenue
Philadelphia, PA 19140

Business Description (From D&B)
Establishments which are headed by members of the bar and are primarily engaged in offering legal advice or services.

Libardo Clavijo Chief Financial Officer
Geoff Crocker Chief Technolgy Officer
Michael Lipuma President
Aaron Huber Vice President, Information Systems
Caitlin Nagel Director Of Advancement And Communications
Jonathan Stein Of Counsel
Pamela Walz Supervising Attorney
Lydia Gottesfeed Managing Attorney

Abstract To Standing

I've approached Community Legal Services several times for assistance several times (can't recall) all the names of the attorneys and staff that I've spoken. The last time that asked for assistant was in January 2023 in which attorney Lydia Gottesfeed said they were associated attorney that disputed and contested guardianships that was disbanded a few years before.

Defendant 20 (Domicile 1 of 2)
Haven Behavioral Healthcare, Inc.
3102 West End Ste 1000
Nashville, Tennessee 37203-1324

Kelly Gill Chief Executive Officer
Tom Sloan Chief Financial Officer
Brian Bair, LCSW, MSW, MBA Chief Operation Officer
Janie R. Pickle, CPA, MBA Controller
Brett Burrell, JD, MBA Chief Compliance Officer
Tim Richter Chief Information Officer
Vernon Westrich President
Page Barnes Executive Vice President

Business Description (D&B Hoovers)

Haven Behavioral Healthcare, is primarily engaged in outpatient care of a specialized nature with permanent facilities and with medical staff to provide diagnosis, treatment, or both for patients who are ambulatory do not require care.

Our Mission (From Haven Behavioral Healthcare website)

Haven Behavioral Healthcare is dedicated to partnering with individuals, families and communities to improve the lives of patients through the delivery of exceptional, specialty behavioral health services in communities across the country.

Our hospitals are committed to the highest standards of quality, safety and performance. We don't just treat the symptoms of mental illness or addiction; our care focuses on the whole person. Our customized, team approach to treatment empowers our patients to build on their strengths in both inpatient and outpatient (in some markets) settings. Our psychiatrists, physicians, nurses, therapists, and other professionals are expects in the most advanced mental health and substance abuse treatments available.

Every member of our team treats our patients with the compassion, dignity and respect they deserve, no matter their situation. We believe a person is not their diagnosis, and there is no one size-fits –all treatment. Each of our facilities offers a warm, nurturing place for people who have lost themselves to find hope, healing and recovery.

Abstract to standing (see below Haven Behavioral Philadelphia)

Defendant 20 (Domicile 2 of 2)

Haven Behavioral Services of Philadelphia, LLC
Dba Haven Behavioral Hospital of Philadelphia Fall Four
3301 Scott Ln
Philadelphia, Pennsylvania 19129

Maurice Washington Chief Executive Officer
Dr. Miguel Aguilo Seara MD Medical Director
Dr. Anil Rai Psychiatrist
Tracy Pasternak Regional Director of Business Development
Talib Bryant Director, Utilization Management
Teresa Edmunds Director, Social Services
Bruce E McDonough

Business Description (From D&B Hoovers)

Haven Behavioral Services Of Philadelphia, Llc is primarily engaged in providing general medical and surgical services and other hospital services.

Abstract to Standing

My father (Mickey M. Ellis) was transported to Haven Behavioral on December 16, 2016 after going to the hospital at Mercy Cedar Avenue which is now called University of Pennsylvania HUB Cedar. From what I (Prince R. Ellis) recalled of the situation my father Mickey M. Ellis admitted himself into the hospital. However after the stay at Haven Behavioral he (Mickey M. Ellis) was given an involuntary commitment which is a 302, his therapist name was Kenya Malone. In 2020 or 2021 we (Ellis family) was attempting to transfer him on Centennial Healthcare &

Rehabilitation Center however I (Prince R. Ellis) was told that they were not able to do it because of an involuntary mental commitment. During his stay (Mickey M. Ellis) at Haven Behavioral in Philadelphia Dr. Miguel Aguilo-Seara MD wrote a prescription for Keppra 250MG and Norvasc 10MG, it is ironic to me (Prince R. Ellis) that the Dr. Seara did not consider his (Mickey M. Ellis) complications from epilepsy and high blood pressure.

Pursuant for discovery

Defendant 21
Saber Healthcare Group L.L.C. (Subsidiary Owner) (Domicile 1 of 3)
23700 Commerce Park
Beachwood, Ohio 44122-5827

Business Description (From D&B)

Saber Healthcare Group L.L.C. is primarily engaged in providing inpatient nursing and rehabilitative services to patients who require continuous health care, but not hospital services. Care must be ordered by and under the direction of a physician. The staff must include a licensed nurse on duty continuously with a minimum of one full-time registered nurse on duty during each day shift. Included are establishments certified to deliver skilled nursing care under the Medicare and Medicare programs.

Janeen Earwood VP Operational Integration
Dahlia Black Executive Director
Jennifer Loy Executive Director
Paul Kalaani Director of Training and Development
Ashley Waddle Admissions And Marketing Director
Chanda Robson Director

Abstract to standing (see below and federal acts) Grounds for domicile

Defendant 21 con'd (Domicile 2 of 3)

Broomall Healthcare Group, Inc.
26691 Richmond Road
Bedford Heights, Ohio 44146-1421

George S. Repchick President
William Weisberg Vice President

Business Description (From D&B)
Broomall Healthcare Group Inc. is primarily engaged in providing some nursing and/ or health-related care to patients who do not require the degree of care and treatment that a skilled or intermediate care facility is designed to provide. Patients in these facilities, because of their mental or physical condition, require some nursing care, including the administering of medications and treatments or the supervision of self-administered medications in accordance with a physician's orders.

Defendant 21 con'd (Domicile 3 of 3)

Broomall Healthcare Group, Inc. (dba Broomall Manor SNF)
43 Church Lane
Broomall, Pennsylvania 19008-2503

Anthony Shivone Food Service Director
Maria Fletcher Administrator
Elizabeth Beiler Regional Director of Business Development
Kristin Debello Nursing Home Director
Genesis Shacorro LPN and Charge Nurse
Tawna Waiters Admissions Director

Business Description (From D&B)
Broomall Healthcare Group, Inc. is primarily engaged in providing inpatient nursing and rehabilitative services to patients who require continuous health care, but not hospital services. Care must be ordered by and under the direction of a physician. The staff must include a licensed nurse on duty continuously with a minimum of one-full time registered nurse on duty during each day shift. Included

are establishments certified to deliver skilled nursing care under the Medicare and Medicaid programs.

Abstract to Standing
During the months February-May 2021 my father (Mickey M. Ellis) was admitted in Broomall Healthcare Group, Inc. dba Broomall Minor in located in Broomall, Pennsylvania during the peak of COVID-19 pandemic after a hospital visit.

During the period my father (Mickey M. Ellis) was admitted at the facility there was no advocacy toward direction assistant toward improving living conditions or life planning however my dad received a bill for $38,559.50 in which we did not know about and should have been covered by Medicare, Medicaid in addition or Medicaid exemption.

For some reason coverage was cancelled from Cigna (Mickey M. Ellis) insurance provider during the period beginning November 2020. I've made phone call to find out the reason for this however I received no valid answer.

Defendant 22

Chestnut Nursing and Rehabilitation Center, LLC
Dba Restore Health At University City
3609 Chestnut Street
Philadelphia, Pennsylvania 19104-2612

Business Description (From D&B)
Chestnut Nursing And Rehabilitation Center, LLC is primarily engaged in providing inpatient nursing and rehabilitative services to patients who require continuous health care, but not hospital services. Care must be ordered by and under the direction of a physician. The staff must include a licensed nurse on duty continuously with a minimum of one full-time registered nurse on duty during each day shift. Included are establishments certified to deliver skilled nursing care under the Medicare and Medicaid programs.

Denise Mariotti Chief Human Resources Officer

Roy Rosin Chief Innovation Officer
Rebecca Wilson Lerario President
Terri Giancaterino Director, Faculty Affairs Department of Medicine
Amy Zylstra Associate Executive Director Call Center
Michael Donato Director Finance Rad Onc

Abstract to standing
My father (Mickey M. Ellis) was admitted at Chestnut Nursing and Rehabilitation
Center, LLC Dba Restore Health At University City during the period of December
2019 or 2020 to January 2021, I am not sure of what date of it was. When
admitted at Restore Health At University City my dad (Mickey M. Ellis suffered an
assault by a resident in which he had to be rushed to the hospital to receive
stitches. During the time I was told by an orderly if they know about my father
condition (not sure condition) they would have placed him in another area in the
facility, he may have suffered head trauma as well. I (Prince R. Ellis) reported the
event to Philadelphia Corporation of Again (PCA) in Philadelphia County, PA
during the period it occurred, I have not received a follow up to the complaint as
of yet.


Defendant 23

Springfield Rehabilitation
428 Foster Drive
Springfield, Pennsylvania 19064-1709

William Murphy Principal
Susan Arsht RNC, BSN, MS, Director of Nursing
Maxine Shusman OTR L Director of Rehabilitation
Robert Shusman Medical Doctor
Michelle Russo M.A Ccc, Nha Administrator

Business Description
Establishment of licensed practitioners having the degree of M.D. and engaged in
the practice of general or specialized medicine and surgery. Establishments
operating as clinics of physicians are included in this industry.

Abstract to standing
During the period my father was admitted at Springfield Rehabilitation during the year 2019 or 2020 there was a bill accumulated for the amount of $3,339.00, services that were rendered without consist.

Defendant 24 (Domicile 1 of 3)

Premier Healthcare Management, LLC
2824 W. Coyle Avenue
Chicago, Illinois 60645-2922

Business Description (From D&B)
Premier Healthcare Management, Llc is primarily engaged in furnishing general or specialized management services on a day to day basis and on a contract or fee basis. Establishment in this industry do not provide operating staff.

Flora Reznik CFO
Barak Baver Principal
Kansas Swain Principal
Richard Stracke Collections Specialist
Kathleen Mcnamara Associate Director of Human Resources
David Levi Accounts Payable Coordinator

Defendant 24 (Domicile 2 of 3)

Premier Healthcare Management
118 Pleasant Acres Road
York, Pennsylvania 17402-8975

Business Description (From D&B)
Premier Healthcare is primarily engaged in providing inpatient nursing and rehabilitative services to patients who require continuous health care, but not hospital services. Care must be ordered by and under the direction of a physician. The staff must include a licensed nurse on duty continuously with a minimum of one full-time registered nurse on duty during each day shift. Included are

Business Description

Rest Haven Nursing Center (Chestnut Hill,) Inc. is primarily engaged providing inpatient nursing and rehabilitative services to patients who require continuous health care, but not hospital services. Care must be ordered by and under the direction of a physician. The staff must include a licensed nurse on duty continuously with a minimum of one full-time registered nurse on duty during each day shift. Included are establishments certified to deliver skilled nursing care under the Medicare and Medicaid programs.

Abstract to standing

Below is the copy and paste that was sent to the Pennsylvania Department of Health via email between February 23 and 24, 2022

During the course of professional medical care with my father (Mickey M. Ellis) at the facility of Chestnut Hill Lodge was not handled entirely correctly.

Chestnut Hill Lodge denied Medicare & Medicaid waivers which were not fully explained to us.

During the month of November 2021 my father was admitted at Chestnut Hill Lodge located on 8833 Stenton Avenue Wyndmoor, PA 19038.  Earlier that month I received a call that my father was taken to the emergency at the hospital at the University of Pennsylvania (Cedar Avenue) location for it seems to be:
lead poisoning
hallucination exposure of chemicals
(at former employer Newman & Co)
home construction
(particles of arsenic in wall structure
foundation from
municipal plumbing and street drainage issues),
as well as previous improper medical issues and advice in addition to over prescription of medicine causing harsh and extreme side effects.
Harsh signs of depression

Earlier that morning I received the call from one of the doctors at the hospital that my father visited Save A Lot on Vine Street and had a conversation (not sure of the full circumstances or detail of the conversation) with the security guard on duty. I later asked that the conversation was pertaining to and she said he was very emotional about personal issues and started to shed tears.

Inconsistently for the past several years I've have been accompanying my father to the doctors office and been witnessing some of the improper care and treatment that he has been receiving likely due to the institutionalize preferential treatment in addition to levels of insurance exclusions. This includes:

Treatment at Oak Street Health (Practitioner Lindsey Rehl), denying writing a doctors note for specs of black mold in the kitchen due partial vent drain stoppage issues
Dr. Dewyn Sergeant, and possible others)
Treatment of Insurance processing at the state of Pennsylvania
Improper treatment with former employer
Dr. Daniel Jones (Who refused to cooperate for a writ of certiorari) petition for possible legal action against Newman & Company between the year 2000 to 2011

I've more vivid recalling associating with Dr. Dewyn Sergeant at Oak Street Health during the visits that I accomplished him. It is very unfortunate that my father had some issues with abrupt mood swings (associated with seizures, epilepsy, high blood pressure, and chronic Kidney Disease which I was just formed about by law firm (Kennedy, PC Law Offices) in defense of the facility at Chestnut Hill Lodge.

Other facilities where my father may have been admitted were:

Broomall Manor
Jefferson Health
Bryn Mawr Medical Specialists Association
LabCorp
Springfield Rehabilitation & Healthcare Center
Restore Health At University City

The Philadelphia Corporation of Aging had advocated for services in which I later found out that my father denied service and we had other assessments with during the months of (which we also received improper and inconstant treatment from:

December 2018- to January 2019
October & September 2021
Possible other times as well

Professional adjournment and avenues could have been organized to convey or mitigate situations of poorly malignant medical treatment from occurring including attention & service to (municipal & electrical supply) also eroding and miss engineering housing and plumbing structures that have been deteriorating over the years.

There will be other complaints placed.

My father (Mickey M. Ellis) suffered a fall at the facility at Chestnut Hill Lodge during the week of August 21th or 28th 2022; I visited the facility at Chestnut Hill Lodge consistently during the whole period my father was admitted.  During that Saturday I visited my father at the facility to see that he suffered a fall and he busted his forehead and suffered a black eye. The next day I returned to Chestnut Hill Lodge and was approached Ms. Cynthia Reddy stating due to the circumstances that occurred with my father I requested an emergency room and emergency discharge. Ms. Reddy when had the police called on me, police were called along with the medics. I believe a police report was placed as well as band that I was believe that was put in place by Mr. Bruce Atwine or facility staff for me bringing the neglect of my father in light.

I've brought some clothes at Chestnut Hill Lodge during the first two or three weeks (October 2021) after he was first transported there that were placed in sorting in which I was not allowed to place in his room; it told three months (January 2022) for the staff to relocate the clothes that were lost, I cannot recall the name of young lady who informed that the articles of clothing were relocated.

A couple weeks later my sister (Shaniece Ellis) visited the facility to present a mobile phone that I just brought my father (Mickey M. Ellis), unfortunate due to

the band and previously stolen items it was decided that my sister had possession of the phone until he was released from the facility.

Also during the time that my sister visit it was noticed that the facility had:

Rusted pipes
Bathtubs and showers were dirty and in need of cleaning and repair
Showers had no curtains
Beds had no railing

From texts that were sent to Mr. Atwine on September 25, 2022 stated:

Bruce:

Good Afternoon!! I've been arrived entry at the facility. Please make sure that they corrected your phone number.

Thanks,
Prince

Text went Unreplied from Atwine

Another text I sented on October 4, 2022 stated:

Bruce:

Good Night! Appreciate your advice. While at Chestnut Hill Lodge visiting my Dad this evening it seems that there smells an odor of a gas leak and urine.

Keeping you informed,
Prince

It seems like the facility (Chestnut Hill Lodge) and later Mr. Alwine's (after Montgomery County Orphan's court appointment) was about long term stay and the transfer of funds from my father's account and not about proper advocacy, very inappropriate, unsafe, and unprofessional.

Although the next details are post admittal from Chestnut Hill Lodge they are very valuable for the discovery and they are:

During the week of May 1 to 6, 2023, my father (Mickey M. Ellis) had a doctor's appointment and dental appointment. During the weeks before we had expressed continued interest in lowing the dosage due to my father being woozy and waking up later due to side effects. During this time my father (Mickey M. Ellis) had a question about his banking, Mr. Alwine refused to answer. I wanted to discuss the funds that I've used for home repairs in the present of my father, Attorney Ferrino, along with Mr. Alwine but that hasn't been done as of yet in addition to them holding me in contempt of it. I also wanted Mr. Alwine to provide an advocate or social coordinator to establish rapport with my Dad (Mickey M. Ellis) to prove that a guardian should have not been appointed by the court.

During the period that my father (Mickey M. Ellis) was admitted at the nursing home (Chestnut Hill Lodge) there were numerous COVID-19 outbreaks that occurred during his admissal; no professional advocacy was taken during his period this time.

On the 5th of May I visited his primary care doctor (Dr. Deborah Niles) at Dedicated Senior Center to express concern of the side effects of the meds; an appointment was scheduled for Dad going to the primacy care, there were no changes made.

Mr. Bruce Alwine pushed taking his meds although they are causing side effects. (Will be presented during discovery) Mr. Alwine had denied our recommended idea for many things including receiving a bracket (medical) for my Dad for when he is going out.

Pursuant to Acts more evidence delivered during discovery. (See BA Senior Services)

Defendant 25
Brandywine Neuropsychology Associates
5 Christy Drive Brandywine II Suite 207
Chadds Ford, Pennsylvania 19317-9667

George Ledakis, Ph.D Psychologist/Neuropsychologist/Principal Owner
Michelle Payne, Psy.D. Psychologist/Neuropsychologist
Daniel Kennedy, Psy.D. Licensed Psychologist/Pediatric Neuropsychologist

Business Description (From BNA website)

Dr. Ledakis has spent his career working closely with primary medical care professionals, neurologists, psychiatrists, and clinical psychologists as part of the evaluation and care of his patients. In addition to providing services in the outpatient office setting, Dr. Ledakis (along with his colleagues at Brandywine Neuropsychology Services) provides neuropsychological consultation services "in situ" at several local Continued Care Retirement Communities (CCRCs), Assisted Living / Personal Care, and Skilled Nursing facilities in PA. Dr. Ledakis also conducts forensic evaluations related to legal competency / legal decision-making capacity.

Abstract to standing

On January 05, 2025 Dr. George E. Ledakis Ph.D came to my father (Mickey M. Ellis) residence on Pearl Street to do a Neuropsychology evaluation. The length of the evaluation was about 3 hours. Dr. Ledakis completed the report on January 17, 2023.

There was wording in the report that I (Prince R. Ellis) disagree with and overly places responsibly on my father (Mickey M. Ellis) or exaggerates from family or correct medical responsibly. Obviously there was a language barrier between my father (Mickey M. Ellis) and Mr. Ledakis.

From the evaluation:

"Mr. Ellis' poor insight into his medical and psychiatric healthcare issues, in combination with the nature and extent of his other cognitive impairment, places him at (1) high likelihood for recurrence for medical and psychiatric decompensation if without consistent oversight and proactive efforts to manage his chronic medical and psychiatric issues and (2) at risk for compromise for basic safety if without provision of 24 hours supervision. The nature and extent of Mr. Ellis' cognitive impairment and his near nil awareness into any aspects of his

financial situation place him at high risk for the mishandling of his financial responsibilities and for financial exploitation".

Pursuant to further discovery

Defendant 26
A D R Options Inc.
1800 John F. Kennedy Blvd
Suite 1110
Philadelphia, PA 19103

Maggy Carney Chairman (President)
Thomas B. Rutter Former Chairman
Genevieve Toll Controller
Thomas Wallitsch Arbitrator
Michael Carney Chief Executive Officer
Arthur Hankin Attorney

Business Description (From D&B) and A D R Options Website

From D&B Hoovers
A D R Options Inc. is primarily engaged in furnishing business services, not elsewhere classified, such as bondspersons, drafting services, lecture bureaus, notaries public, sign painting, speakers' bureaus, water softening services, and auctioneering services, on a commission or fee basis.

From A D R Options Inc. Website (paragraph settling cases since 1993)
The premise behind creating ADR Options is that 98% of claims are resolved prior to the trial, many times on the courthouse steps. Most of the expense related to a claim is expended during discovery, through the hiring of experts and at trial. ADR Options recognizes these facts and seeks to resolve claims in an equitable and cost-effective manner. Thomas Rutter, J.D. and Michael Carney, M.B.A. started ADR Options in March 1993. At that time, Tom was serving as a Judge Pro Tempore in the Philadelphia Court of Common Pleas Day Backward program and

Mike had started an ADR division for a litigation services company. Maggy Carney, BSEE, M.B.A. took the helm of ADR Options in 2013.  As President, she handles all operational and management functions as well as being accessible to all clients and neutrals. We are one of the top ADR service providers in Pennsylvania, New Jersey and Delaware and have handled about 30,000 cases. We have been listed as a Tier 1 Best Law Firm in arbitration and mediation by U.S. News and World Report and received the Silver Award for best Alternative Dispute Resolution company in The Legal Intelligencer's Best of year survey since both ratings inception in 2010.

Our Mission (Second Paragraph on A D R Opinions Website)
We strive to offer the highest quality mediation, arbitration and mock trial services. Our neutrals are former judges and exceptional trial attorneys who are experienced in ADR processes. Your cases are scheduled by experienced ADR professionals who understand the need for the quick resolution of your matter.

During the third or fourth week of my father's (Mickey M. Ellis) stay at Chestnut Hill Lodge on December 01, 2021 Lisa Dozier without incorrect and facilitated advocacy had myself (Prince R. Ellis) sign in area of the witness whereof without having a trained counsel who was proper trained by A D R Options Inc. Ms. Dozier or other party folded the pages to the in witness whereof without having explaining the admission agreement to us. During this period my father (Mickey M. Ellis) was still during the Medicare period, the admission agreement doesn't have his signature on it or verification witnesses within our behave. The advocacy at the nursing home (Chestnut Hill Lodge) is very poor and not of good quality; I rescinded the contact on June 2022 by emails that were I never received a reply from.

During the latter part of 2022 I first visited the former location of A D R Options located on 2001 Market Street Ste 1100 Philadelphia, PA 19103 was told that A D R Options had moved to its current location at 1800 John F. Kennedy Blvd Suite 1110 Philadelphia, PA 19103 in addition to me calling them. During the visit I had asked to speak to someone in charge and was told that they do not receive many visit unless they are attorneys about these admission agreements. One of the questions that I had was how long did they use them for.

On 06/02/2023 at 1:39pm I (Prince R. Ellis) I called them again; case (Project) manager Suzanne Crane answered the phone and I (Prince R. Ellis) questioned she about the D&B hoovers listing for A D R and she said that Mr. Thomas B. Rutter transitioned two or three years ago. Crane also told me to receive consult with an attorney; the conversation lasted 19 minutes and 22 seconds. I wonder if they (Chestnut Hill Lodge) used this admission agreement correctly.

Defendant 27

B A Senior Services (Limited Liability Company)
6 Chelten Rd
Havertown, Pennsylvania 19083-3602

2nd Address
661 S. Highland Avenue
Merion Station, PA 19066

3rd Address
PO Box 1041
Havertown, PA 19083

Bruce Atwine Custodial Court Appointed Guardian
Possible other defendants upon discovery


Business Description (From D&B Hoovers)
B A Senior Services Limited Liability Company is primarily engaged in providing one or more of a wide variety of individual and family social, counseling, welfare, or referral services, including refugee, disaster, and temporary relief services. This industry includes offices of specialists providing counseling, referral, and other social services.

Our rapport (Ellis family) began with Mr. Bruce Atwine during the guardianship hearings with a phone call that I (Prince R. Ellis) made in distress to him several

days before the court ruling; Mr. Atwine presented no advice or alternative toward what to do. As mentioned there in my answer opposing the guardianship which presented many social environmental reasons for my father illness, mental health breakdown, and epilepsy.

Upon June 29, 2022 (my 39th birthday), the day the judge made the ruling for the plentiful guardianship there were some of my father's (Mickey M. Ellis) that I transferred into my (Prince R. Ellis) account; the reason was being told by a bank official that for me to join my name to the account is for to open another account in which was done during the month of January 2022 however it was only my name on it. However I was the principal on the doable power of attorney.

Several days later Mr. Atwine contracted me about the funds that were transferred from out of my father account during the period of me being the principal on the power of attorney.

On September 09, 2022 Mr. Atwine taken out $89,858 from (Mickey M. Ellis) assets to pay a nursing home, if the level of advocacy from the medical end would have been organized this situation would have not occurred. On February 14, 2023 Mr. Atwine's attorney Michael F. Schleigh Esquire of Hardin Thompson, PC requested 8,856.25 worth of guardian fees some of which services are not true, I (Prince R. Ellis) was told from my sister (Shaniece T. Ellis) from my father (Mickey M. Ellis) court appointed attorney Rosemary Ferrino Esquire of MONTCO Elder Law LLP that Mr. Atwine did not want work with the family; this has been very emotionally stressful in addition to the fact that many attorneys told us no from representing for us. Also, it seems like Mr. Atwine attitude and method of handling the guardianship over my father (Mickey M. Ellis) isn't the best, he (Mr. Bruce approached and is more concerned over my father's assets and not about his health.

From United States Department of Justice:

What are less restrictive options to guardianship?
Guardianship should be a last resort because it removes the individual's legal rights and restricts the person's independence and self-determination. It should

be used only when there are no suitable less restrictive options. Alternatives to guardianship can include:

Supported decision-making
Delegating health care decision-making to a person chosen by the individual in advance (advance directives);
Delegating financial decision-making to a person named in advance (financial power of attorney; trust)
Appointment of fiduciary by a government agency that pays benefits to the individual (e.g. Social Security Representative Payee, VA Fiduciary)
An order by the court to authorize a certain specific action (such as a health care consent, a property transaction, a protection from abuse) instead of appointing a guardian whose authority continues over time. The Uniform Guardianship, Conservatorship and Other Protective Arrangements Act (UGCOPAA) provides for such specific "protective arrangements."

I (Prince R. Ellis) submitted information during petition for termination of guardianship of guardianship in which included the following:

DRP (Disability Rights Pennsylvania)

Section 5512.1.1

Nursing home and representation of (Chestnut Hill Lodge) wrongful misconduct in exercising rights for removal of power of attorney. However, Chestnut Hill Lodge does not have family or resident councils (from nursingrating.org)

Elder Justice Reauthorization Act of 2020
Pennsylvania Surprises Bill Act
Among others

Mr. Atwine, the courts, nor the nursing home, among other sources did not exercise our (Ellis family) rights or present advocacy that would have included benefits within local, state, and federal guidelines. Nothing personal against guardian Mr. Atwine however I (Prince R. Ellis) believe this situation could have

Kevin Mahoney CEO, University of Pennsylvania Health System
Vasan Kesavan President
Thomas Scriven Managing Director
Ira Winston Chief Infrastructure Officer
Sherryl Kuhlman Managing Director
Daniel Costantino Chief Information Security Officer

Business Description (Source D&B Hoovers)

The University of Pennsylvania was founded by Benjamin Franklin when he had a
little down time between establishing a country and experimenting with lightning.
Since opening its doors to students in 1751, the Ivy League university has
accumulated a notable list of accomplishment, including the creation of one of
the first medical schools in the US. The university currently has a total of more
than 28,000 students who pursue their studies in four undergraduate schools and
a dozen graduate and professional schools, including the reowned Wharton
School and Annenberg School for Communications. Its student-teacher ratio is a
very low 6:1.

Abstract to standing Pursuant listed below

Defendant 28 (Domicile 2 of 3)

Presbyterian Medical Center of The University of Pennsylvania Health System
51 N. 39th St
Philadelphia, Pennsylvania 19104

Anthony Zumpano Chief Financial Officer
Michael Posencheg Chief Medical Officer
Danielle Becker Neurology Resident
Tom Watson Operation Resident
Joanne Resnic Director, Quality and Patient Safety

Business Description

Presbyterian Medical Center of The University of Pennsylvania Health System is primarily engaged in providing general medical and surgical services and other hospital services.

Abstract to standing (review below)

Defendant 28 (Domicile 3 of 3)
Penn Medicine
Neurology PMUC
3737 Market Street
8th Floor PMUC
Philadelphia, PA 19104-5547

Dr. Swathi Vijayaraghaven, MD

Business Description (From PennMedicine website) Nationally Recognized & Providing the Community with Resources paragraphs

We are consistently recognized nationally and internationally for excellence in health care. The cornerstone of our reputation is our medical and support staff, who choose to dedicate their careers to serving the needs of our patients and community.

The Hospitals of the University of Pennsylvania-Penn Presbyterian are proud to be ranked #13 in the nation and once again the #1 hospital in Pennsylvania by U.S. News & World Report's Honor Roll of Best Hospitals.

Providing the Community with Resources

We promote innovation and teaching excellence. We advance medical science through research and create the next generation of leaders in medicine. We're constantly working towards an even more precise and personalized practice of health care.
The results of these efforts are passed directly onto you, our patients.

Abstract to standing

Our rapport (my father Mickey M. Ellis) with Dr. Vijayaraghaven began on 01/19/2021 during his hospitalized at Penn Med.  The quote from the letter that was written (on 1/12/2022) by Dr. Vijayaraghaven to accommodate the durable power of attorney states:

"To Whom it may concern,
Mr. Mickey Ellis has been under my neurological care at Penn Medicine University City since 1/19/2021 for cognitive dysfunction. He has dementia with behavioral changes with score of 9/30 on office MocA testing 6/14/2021".

The letter closes quoting:

"He is unable to manage finances independently at this time. Please contact the office for any further details or with any questions and concerns".

Sincerely,

Swathi Vijayaraghaven, MD
Assistant Professor of Clinical Neurology
Penn Medicine University City
3737 Market St, Suite 800
Philadelphia, PA 19104
Tel: 215-662-3606
Fax: 215-243-1512

I commend Dr. Vijayaraghaven for writing the letter however stating that he is unable to manage finances (instead of stating daily responsibilities) independently without stating the symptoms dementia in addition to the complication of his (Mickey M. Ellis) form of epilepsy.
Also, I question the level and quality of advocacy that was given to my dad (Mickey M. Ellis) during the visits to Penn Medicine after his release in 2021 in addition to his out patience from Broomall Minor in 2021.

During this period (spring, summer, fall 2021) I've made a few phone calls to schedule appointments, receive advocacy for improving my father's living condition, and other questions.

I'm curious to questions why the appointments (my father Mickey M. Ellis held) with Dr. Vijayaraghaven were not advocated which would include having hands on social counseling which would include advice and resources to my father (Mickey M. Ellis) along myself on preparing the Power of Attorney in addition to other advice and not just the doctor suggesting or endorsing it, I'm not sure if all patients receive this treatment nor am I faulting the neurologist (Dr. Vijayarahaven) however I personally think that these doctor appointment should have been approached in elaborate direction, it would have reduced the level of disposition that we have been experiencing.

Pursuant to further discovery

Defendant 29 (Domicile to UPenn)

Mercy Hospital of Philadelphia
5301 Cedar Avenue
Philadelphia, Pennsylvania 19143-1917

(later dba)
Penn Medicine (Hospital of the University of Pennsylvania)-Cedar Avenue
501 South 54th Street
Philadelphia, Pennsylvania 19143

Jackie Quay Principal
Maryanne Snyder Nurse
Linda Macmillan Certified Medical Coder
Gregory Terrill Security Supervisor
Arlene Roberts Volunteer Services Manager
Sarah Muhlenberg Supervisor, Therapeutic Recreation
Dr. Daniel Jones M.D. (Father's Doctor from 2000-2012)
Dr. Tahir Mansood MD (Mental Health Doctor in 2003)
Other doctors (defendants) during discovery

Business Description (From D&B and Penn Medicine Website)
Mercy Hospital of Philadelphia is primarily engaged in providing general medical
and surgical services and other hospital services.

Hospital of the University Of Pennsylvania-Cedar Avenue provides emergency,
inpatient and behavioral health services to the West and Southwest Philadelphia
community. Faculty and staff are dedicated to innovative research and superior,
hands-on patient care that tailors treatment to meet individual patient needs.

From website Health Care 6
Overview
Dr. Tahir Maqsood, MD, is a Psychiatry specialist in Philadelphia, Pennsylvania. He
attended and graduated from medical school in 1985, having over 38 years of
diverse experience, especially in Psychiatry. He is affiliated with many hospitals
including Mercy Fitzgerald Hospital. Dr. Tahir Maqsood also cooperates with other

My father (Mickey M. Ellis) to my knowledge has had stays that had resulted in nursing home or mental health stays in 2016, 2017, 2019, 2020, and 2021. A couple of years the stays 2016 and 2021 he was transported on emergency to Mercy Philadelphia (Cedar Avenue) in which he received a 302 diagnosis and not enough in patient advocacy. In fact 2016 or 2017 my father (Mickey M. Ellis) did not want to be discharged however I signed the discharged papers in addition to my Dad (Mickey M. Ellis) being forced by security out of the hospital, he was really going through a mental break down at the time; he had to has readmitted at Penn Presbyterian. It was very unfortunate that I did not fully understand what was mentally occurring with my father at the time and myself along with my brother (Shawn M. Ellis) had to unfortunately force him in the car during his particle breakdown.

In addition to the stay in 2021 one of the doctor said he was going to require 24 hour & seven days a week care without giving us a valid and educated reason nor advocacy.

Addition information available:

Google search (PES refinery history)
Phillyrefinerycleanup.info
Chemical Safety Board (.gov)
Forbes
EPA
NPR Article May 10, 2021 (Cancer-causing benzene continues to flow from PES)
Guttman Energy

Defendant 30
Penn Medicine (Hospital of the University of Pennsylvania)
Penn Medicine Washington Square
19th Floor
800 Walnut Street
Philadelphia, PA 19107

Dr. Victor L. Carpiniello, M.D Urology
Other defendants

Business Description (From Penn Medicine website)

Penn Medicine's programs and centers combine doctors from many disciplines to coordinate care from start to finish. Dr. Carpiniello is part of these programs:

Penn Bladder Dysfunction, Prolapse and Incontinence Treatment Program
Penn General Urology Program
Penn LGBTQ Health Program
Penn Male Urology Program

Before an appointment that I've had with Dr. Carpiniello (June or July 2021) I've had a regular evaluation with primary care doctor Dr. Agnes Simmons that included blood level markup; the levels of prostate was fine according to the markup in addition to the blood tests. I requested to schedule an appointment with a urology in which Dr. Carpiniello office was available with the soonest appointment.

As I went into the room that the checking room that day to see Dr. Carpiniello (I had the summary from Dr. Simmons's visit) I greeted him (Dr. Carpiniello) and then he asked me what is the problem and I told him I have an issue with frequency and I assume he would have asked from the summary from my doctor's visits with Dr. Simmons he (Dr. Carpiniello) told me to pull my underwear down and bend over afterwards he performed what seems to be the brief typical finger in the rectum prostate exam. Dr. Carpiniello said if I had a problem to come back, however based on rapport I received from the Penn team afterward I did not.

It seems like after the exam I've (Prince R. Ellis) had an unstimulated feeling in the private area; I've had an emergency room visit at Bryn Mawr Hospital. Also, I had visited another at University of Pennsylvania pertaining the same issue however there was not much accomplished. After the visit with Dr. Carpiniello during the many calls in which I voiced my complaint I was prescribed steroids.

I am not describing Dr. Carpiniello as bad doctor in fact I am impressed with his accomplishment. It is unfortunately bad that I did not receive a better experience from the urology team at Penn.

Pursuant to further discovery

Defendant 31 (Domicile 1 of 2)

Oak Street Health, Inc.
30 W. Monroe St Ste 1200
Chicago, Illinois 60603-2420

Business Description (From D&B)

Establishment of licensed practitioners having the degree of M.D. and engaged in the practice of general or specialized medicine and surgery. Establishments operating as clinics of physicians are included in this industry.

Shanee Odum Owner
Brian Clem Chief Operating Officer
Erica Frank Vice President, Public Relations
Kelli Conley Corporate Office Manager
Ann Farrell Regional Vice President
Kristen Stubbs Regional Vice President

Abstract to standing (see below)

Defendant 31 (Domicile 2 of 2)
Oak Street Health, Inc.
5050 Parkside Ave Unit 102
Philadelphia, Pennsylvania 19131-4751

Cody Weaver Behavioral Health Specialist
Amanda Hyde Senior Human Resources Business Partner
Valerie Weiss Primary Care Physician

William Dennis Senior Outreach Executive
Dr. Dewyn Sergeant M.D.
Lindsey Ellen Rehl R.N. C.R.N.P.
Kate Johnson Social Worker (During Oak Street Health Dad's rapport)

Abstract to standing

Treatment at Oak Street Health (Practitioner Lindsey Rehl), denying writing a doctors note for specs of black mold in the kitchen due partial vent drain stoppage issues
Dr. Dewyn Sergeant, and possible others)
Treatment of Insurance processing at the state of Pennsylvania

During the year 2021 after my father (Mickey M. Ellis) nursing home stays I've had several visits to see doctor nurse Rehl at Oak Street Health. The things that were addressed were:

Power of Attorney had to be designated
Presented copy of bills from previous nursing home visits to administer which told us to ignore them.  Informed officials about receiving assistant in the form of advocacy for my dad (Mickey M. Ellis)
Dr. Dewyn Sergeant was my father's (Mickey M. Ellis) doctor from 2014-2018. There were phone conversations with myself (Prince R. Ellis) along with Dr. Sergeant during the year 2017, 2018 and I am sure 2019 in respect to my father needing assistant however they were no suggestions or advice presented. During one of the conversations Dr. Sergeant said he does not want to just subscribe prescription meds and to just retain his dependence on meds towards however no other suggestions were presented other than scheduling and coming with his (Mickey M. Ellis) to his appointments.

Additional information to be submitted during discovery

Defendant 32 (Domicile 1 of 3)

The Children's Hospital of Philadelphia Foundation
3401 Civic Center Blvd
Philadelphia, Pennsylvania 19104-4319

2nd Address
PO Box 8500
Philadelphia, Pennsylvania 19178-8500

Business Description (From D&B)
The Children's Hospital of Philadelphia Foundation is primarily engaged in
furnishing general or specialized management services on a day to day basis and
on a contract or fee basis. Establishments in this industry do not provide
operating staff.

Gregory Davis President and Chief Executive Officer
Madeline Bell President And Chief Executive Officer
Sophia Holder Executive Vice President And Chief Financial Officer
Douglas Hock Executive Vice President And Chief Operating Officer
Louis Troilo Vice President Fin
Sage Myers Medical Director of Emergency Preparedness

Abstract to standing (see below)

Defendant 32 (Domicile 2 of 3)

The Children's Hospital of Philadelphia Practice Association
3401 Civic Center Blvd
Philadelphia, Pennsylvania 19104-4319

Business Description (From D&B)

Establishment of licensed practitioners having the degree of M.D. and engaged in
the practice of general or specialized medicine and surgery. Establishments
operating as clinics of physicians are included in this industry

Abstract to ground (see below)

Defendant 32 (Domicile 3 of 3)

The Children's Hospital of Philadelphia
3401 Civic Center Blvd
Philadelphia, Pennsylvania 19104-4319

Dr. Camillus L. Witzleben M.D Director
Dr. Wayne Franklin Medical Group C Pediatrician
Dr. Andrew Adesman M.D. Senior Fellow Division of Child Development &
Rehabilitation
Maxine Field Ph.D Certified School Psychologist
Maureen A. Fee M.D. Clinical Attending
Dr. Randall T. Drain M.D. Physician
Others defendants upon discovery

Business Description (From D&B)

The Children's Hospital of Philadelphia (CHOP) is the nation's first hospital
devoted exclusively to the care of children. CHOP Primary Care practices, located
throughout southeastern Pennsylvania and Southeastern New Jersey, provide
convenient access to primary health and wellness services for children close to
home. Children's Hospital Home Care offers a multidisciplinary team of doctors,
nurses, pharmacists, respiratory therapists, social workers, dieticians and delivery
technicians and others who coordinate home visits, infusion therapy and medical
equipment for thousands area children, CHOP had more than 25,000 inpatient
admissions, 1.2 million outpatient visits and more than $603 million in research
grants. CHOP was founded in 1855 by Francis West Lewis, M.D.

Abstract to Grounding

Definition of inattentive

(adjective) not paying attention to.

From Medical Evaluation & Impressions/Recommendations paragraphs
(Preschool Evaluation Summary) conducted on 06/13/1985 & 06/20/1985

"Behaviorally, Prince was remarkably inattentive and unrelated during the
pediatric evaluation. He was consistently unresponsive to both visual and aural
stimuli. He did not make eye contact, even when repeatedly spoken to. No
expressive language was heard. Receptively, he would not follow simple one-step
commands with gestures. He was relatively hyperactive throughout the
evaluation; he did not engage in any sustained, meaningful play. He spent
considerable time standing in one spot, spinning in circles—as described by his
mother. When Prince inadvertently banged his head and hurt himself, he did not
spontaneously look for or go to his mother. Moreover, when Mrs. Ellis was later
instructed to leave the room, Prince showed no apparent concern about her
absence".

 Dr. Andrew Adesman, M.D. finalized by stating, "Prince is showing mild
developmental delay, at a level that makes him at risk for mental retardation; in
addition, Prince's atypical features are suggestive of infantile austism (autism) or
an atypical pervasive developmental disorder. However, it is premature at this
point to affix either of these latter two diagnoses.

I am questioning the diagnosis for several reasons:

Levels of pre-trauma & trauma of doctors at the time
My parents level of anxiety (possible because of 1985 MOVE siege in addition to
other intentional events)
Dr. Adesman letter written on October 1, 1985 using the term of the diagnosis as
premature however specialized education was recommended, I'm not sure if this
letter or contest was shared with parents or other family members.
No constructive recommendation for education (Preschool or post preschool)
Medical directive given to have myself to begin special education classes
The results of having myself go thru special education classes in school which
included:
Repeating some contest again and again
 in corrective curriculum

Being two or three grade levels behind in school curriculum (beginning in second grade) and having to repeat material, I remember in second or third grade that I (Prince R. Ellis)

Being financial & social instability (included job loss because of retrievably of these records) not learning anything new of because some things within the curriculum being repetitive.

The result of taking remedial classes in college (Community College of Philadelphia) for two years after enrolling

Level of stigma that this left

Parenthetical terms of victimize my mother's way of raising in in steading of giving her constructive tips

Effects of DPT & immunizations on myself (Included symptoms of anaphylactic shock)

Frequent urination and bedwetting as a child and at times into my (Prince R. Ellis) twenties.

The standard and level of anesthetics and epidural during the time (1970s and 1980s)

The standard of the delivery process at Children's Hospital of Philadelphia

Having jaundice as an child & post jaundice symptoms

The budget and allocation within the budget of the hospitals in Pennsylvania especially in Philadelphia, Pennsylvania during the time.

More evidence to be presented during discovery, the wording that was used to describe a then 23 month old Prince R. Ellis were atrocious and unprofessional.

Defendant 33
The Consortium, Inc.
3751 Island Ave, 3rd Floor
Philadelphia, PA 19153

Honorable John F. White Jr. President and CEO
Honorable John Milton Younge, Chairman of the Board
Eric Silverman Chief Financial Officer
Mark Berry Director
Charles Breeze Supports Coordinator

Business Description (From D&B Hoovers)

The Consortium Inc. is primarily engaged in providing diagnostic services, treatment, and other hospital services for specialized categories of patients, except mental.

Abstract to Standing

Around 1986 or 1987 the Consortium, Inc. was my (Prince R. Ellis) first stop within the education pre-school route; this was right before I began regular school. If my memory served me correct the name of my coordinator was Ms. Moore, I cannot remember her first name. Also, she drove a silver Datsun 200SX. When leaving I remember crying when the song Bad by Michael Jackson was on the radio. My issue was the curriculum which I (Prince R. Ellis) was placed into special education in Philadelphia Public School with an IEP, I believe better could have been done as it had an effect on my educational process.

Pursuant to further discovery.

Defendant 34 (Domicile 1 of 3)

United Steelworkers of America, International Union (inc)
60 Blvd OF The Allies
Pittsburgh, Pennsylvania 15222

Tom M. Conway International President
Alton Beray President
Gary Bone President
B Chapman President
Berry Christenson President
Dennis Czajka President

Business Description (From D&B Hoovers)

United Steelworkers Of America, International Union (Inc.) is an organization of workers for the improvement of wages and working conditions.

Abstract to Standing Pursuant (listed below)

Defendant 34 Domicile 2 of 3

Usw District 10 Local 286 Welfare Trust Fund
410-424 N. 8th St Ste 424
Philadelphia, Pennsylvania 19123-3903

Jimmie T. Nolan International Rep.
Mario Tatom Vice President
Michael Connell Business Agent
Carlo Simone, Jr. President
Lindsay Patterson Business Agent
Kathy Connell Pension (Payroll Management)
Other defendants upon discovery


Business Description (From D&B Hoovers)

USw District 10 Local 286 Welfare Trust Fund is an organization of workers for the improvement of wages and working conditions

Abstract to Standing

From the United Steelworkers (USW) In Your Corner newsletter (issued at end of 2021)

Your legal plan is an excellent benefit, providing a wide range of legal services from domestic relations (divorce, support, custody, visitation, etc.) adoption, real estate and consumer matters to name a few, at no cost to you for those covered legal services.
Legal consultations are always available at no charge. If you or a covered dependent need legal advice or representation, or if you have a question as to whether you may have a legal case which can be pursued under the Plan or question concerning coverage, please contact the Spear Wilderman Firm at 215-732-0101.

We are also pleased to report that the accounting firm of Raible, Cornaglia, Wenstorm & Raible, LLC will again be providing this benefit in 2022. This benefit enables covered participants of the Prepaid Legal Fund to get their taxes done each year at no cost to them. Please see the separate article written by the accounting firm that provides these benefits to our members.

During the period from 2020 to 2022 I've (Prince R. Ellis) established somewhat of a rapport with the USw District 10 Local 286 Welfare Trust officials:

Mario Tatom
Carlo Simone, Jr.
Lindsay Patterson

During the conversions that I heard these honorable gentlemen I've learned that my father (Mickey M. Ellis) was an honorable and repeated member of the union (USW District 10 Local 286) and employee of Newman & Company, Inc. Being my father collected union due and currently still has an account with the union.

The concern that I presented with the union:

Raising amount of monthly pension that he (Mickey M. Ellis) receives during his years being employed at Newman & Company, Inc.

Receiving professional advocacy for the health issues that he (Mickey M. Ellis) has been experiencing

Further suggesting legal advocacy to contest the court appointed guardianship that has suppressed and limited our advocacy. Mr. Tatom had held conversions with my father (Mickey M. Ellis) and noticed he had been declining, I am not sure how often they conversed.

Both Mr. Tatom and Mr. Simone Jr. had said that he (Mickey M. Ellis) was very active in the union. Mr. Tatom made a suggestion about adding my name onto his (Mickey M. Ellis) union account although my mother (Verona T.E Ellis) is a beneficiary. However when a court appointed guardianship was decreed I recalled Mr. Simone Jr. making a telephone to an attorney (not sure of the name).

When my father (Mickey M. Ellis) retired in 2011 or 2012 I (Prince R. Ellis believed that his annual salary was within the mid to high $30,000s, in my opinion it should have been more. My uncle (Paul Ellis) which is another devoted employee of Newman & Company, Inc. even mentioned that the union (USW District 10 Local 286) should have a severance package within my dad's (Mickey M. Ellis) account. However I am not sure if all employees or service contractor's contacts were ratified differently or the same.  Also, when I presented the inquire on my father's (Mickey M. Ellis) monthly amount as being I quote "not enough" on numerous occasions in which I was told that there was nothing that could have been done. I (Prince R. Ellis) realize that my father (Mickey M. Ellis along with my uncle (Earl Ellis) only accompanied myself (Prince R. Ellis) on occasion during these years (between 2020 & 2021) however my father verbal presented myself (Prince R. Ellis) possibly along with my mother & siblings mutual consent before Doable (Power of Attorney) implemented.

On January 15, 1981 my uncle (Ryland Ellis) sustained very serious and life threating injuries while on duty, I'm (Prince R. Ellis) was not sure of all that was involved however I (Prince R. Ellis) was told that unsafe working condition were a favor. My other uncle (Earl Ellis) was given a layoff (not sure of the reason) around 1984 or 1985, however I am not sure of Newman's reason for presenting this lay off to him.

Pursuant to more upon discovery

Defendant 34 Domicile 3 of 3

Newman & Company, Inc.
6101 Tacony St
Philadelphia, Pennsylvania 19135-2998

Bernard Newman Chairman
David Newman Vice President & General Manager
Jessica Newman Owner
Lee Cohen Vice President
Bernice Rockhill Human Resources Executive
Lynne Ferman Board Of Directors

Business Description (From D&B Hoovers)

Newman & Company, Inc. is primarily engaged in manufacturing paperboard, including paperboard coated on the paperboard machine, from wood pulp and other fiber pulp; and which may also manufacture converted paperboard products.

Abstract to Standing (From Newman & Company, Inc. website)

**For over 100 years, Newman & Company has had one primary goal: To manufacture and provide quality products with exceptional service.**
Located in Philadelphia, Pennsylvania, our 5th generation, family-owned and operated mill produces more than 70,000 tons of 100% recycled paperboard annually. Our products are used in various applications including paper boxes, game boards, jigsaw puzzles, book covers, and notepads. As a pioneer in the recycling industry, we are proud of our "Made in America" products and role as a vital part of the Philadelphia industrial landscape over the last 103 years.

During the period of my father's employment (Mickey M. Ellis) at Newman & Company he witness many transitions within the operations, staff, in addition to many changes. Over the years I recalled my father's (Mickey M. Ellis) conversion about Newman & Company, Inc. have been pertaining to:

Shifts that lasted on twelve hours or more

Times a retaliatory and hostile working environment

His Feet (Mickey M. Ellis) that had been messed up by chemicals used at the facility

Disparate impact and retaliatory treatment for how he (Mickey M. Ellis) upon returning to work after while suffering complications from heat stroke and epilepsy during the year 2000 and also was demoted as foreman.

My father (Mickey M. Ellis) during this time was subjected to a crudely rough and turbulent environment of being outdoors in harshly cold climates.

Not being the accommodated the disability act of 1990

Suffering injuries on numerous occasions in addition to suffering a head injury in 2005 after having an epilepsy or fall.

Being seen home early on numerous occasions and not being compensated for fuel full hours (eight hour)

Bias treatment when defending other employees

Pursuant to other further acts during discovery

Federal & State Legislation toward relief and remedy (not limited to during discovery) Addition legislation and sections (secs) if not listed will be listed in motions or percept (Listed legislation (state or legislation) will be filled during motions

Americans with Disabilities Act of 1990
Specific Prohibitions
(Sec. 12101) Finding and purpose
(Sec. 12110) Undue Hardship, Qualified individual (Subchapter I Employment)
 (Sec. 12112) Discrimination
 (Sec. 12201) Construction
 (Sec. 12202) State immunity
 (Sec. 12203) Prohibition against retaliation and coercion
 (Sec. 12205) Attorney's fees

Federal Educational Rights and Privacy Act (FERPA) of 1974
(Motions filed during discovery)

Identity Theft and Assumption Deterrence Act

Identity Theft (a) Establishment of Offense

Section 1028 (a)

(b) Penalties-Section 1028 (b) of title 18, United States code is amended

(c) Circumstances. Section 1028 (c) of title 18, United States code, is amended by striking paragraph

(d) Definition---Subsection (d) of section 1028 is amended to read as

(e) Attempt and Conspiracy---Section 1028 of title 18, United States Code, is amended by adding at the end the following: (f)

(g) Forfeiture Procedures

(g) Rule of Construction---Section 1028 (h)

(h) Conforming Amendments.----Chapter 47

004. Amendment of Federal Sentencing Guidelines for Offenses Under Section 1028. [Note: 28 USC 994]

005. Centralized Complaining and Consumer Education for Victims of Identify Theft. [Note: 18 USC] 1028 note

(b) Authorization of Appropriations

006. Technical Amendments to title 18, United States Code

007. Redaction of Ethics Reports filed by Judicial Officers and Employees.

October 30, 1998 President statement (Hearsay)

FTC Deceptive and Unfair Acts Practice (Will be filed in motion to suppress)

An act or practice is unfair when it (1) causes or is likely to cause substantial injury to consumers, (2) cannot be reasonably avoided by consumers, and (3) is not outweighed by countervailing benefits to consumers or to competition

The following will be filed in motions (Not limited to):

Civil Rights of Institutionalized Persons

Civil Rights Act of 1991 (Sec.2) Findings (Sec 3)

Glass Ceiling Act

Health Insurance Portability and Accountability Act

Family and Medical Act

Patients' Bill of Rights

Elder Justice Act of 2010

Elder Abuse Protection Act of 2021

False Claims Act

No Fear Act

GINA

Duty of care

Patient Health Directive

Whistleblower Protection Act (WPA)

Pennsylvania Surprise Bill

Elder Justice Act of 2010

Elder Abuse Protection Act of 2021

False Claims Act

No Fear Act

GINA

Duty of care

Patient Health Directive

Whistleblower Protection Act (WPA)

Pennsylvania Surprise Bill

**Injuries Sustained:**

The generational injuries (between myself Prince R. Ellis. My mother, Verona E.T. Ellis, my father Mickey M. Ellis, along with my sister Shawn M. Ellis, and Shaniece T. Ellis) in addition to other family members due to retaliatory treatment and unfair (albeit lawful) treatment, discrimination, disparate treatment, among others.

Within each defense or defendant the examples can seem subliminal however there are examples by:

Low Salaries
Level of treatment or placement
Call and Response
Medical Directive
Not applying correct Duty of care
Among (during discovery)


According to quimbee.com:

A pervasive, system-wide employment policy or practice that, facially or as applied, discriminates against members of a certain class.

The experiences that we shared with our father (Mickey M. Ellis) has been very traumatic in the level of not receiving approach medical attention and emotional support. Speaking from the elements of stigma and misappropriation that my mother (Verona E.T Ellis) experienced with me (Prince R. Ellis) during the early years of my life. These examples would include:

Inappropriate diagnosis
Mistreatment when approaching physicals, doctors, managers, and officials
Inconsistent level of care.

(I.E actual example) when approaching doctor, nursing home officials about situation with my father (Mickey M. Ellis) with employment it felt to in advice or neglect, examples displayed with each defendant.

The generational financial and emotional impact (emotional distress) that these situation has caused is very horrendous. The examples are:

Mistreatment that has caused generational sigma
False perceptions
Missed Opportunities
Other examples

Pursuant during discovery

**Relief:**

Measuring the level of (repeated) racial bias, despair impact, emotional distress, and retaliatory treatment reflected on each of these descriptions is very horrendous. Considering I (Prince R. Ellis) along with others would like to see legal reforms or legislations (if not already in place) to make these situations harder to occur.

According to PHEAA," the more you learn the more you earn.  Earn more than an extra quarter million dollars in your lifetime just by staying in high school and graduating. Think twice before dropping out."

The trauma and misplacement that I had at various levels throughout the course of my life has really cost me many of opportunities and education. The relief that I (Prince R. Ellis) requesting from entities would (Blueprint of Civil Rights Act of 1991):

State of Pennsylvania Undetermined amount (Pursuant during discovery)
School District of Philadelphia $200 million
Children's Hospital of Philadelphia $400 million
Other entities (Amount determined and calculated during discovery through motions
See Sec 1977A from Civil Rights Act of 1991

The attorneys in which we receive consultation and the amount in which was charged is listed below:

Philip Smoker Esquire $1,500.00
Venus Foster Esquire $500.00
L. Theodore Hoppe, Jr. Esquire $1,200.00