IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRINCE R. ELLIS, MICKEY M. ELLIS, and VERONA E.T. ELLIS : | CIVIL ACTION |
| v. : | NO. 23-2450 |
| COMMONWEALTH OF PENNSYLVANIA, et. al. : | |

## ORDER

AND NOW, this 22nd day of March, 2024, upon consideration of the Motions to Dismiss of Defendants Haven Behavioral Healthcare, Inc., et. al. (ECF Nos. 58 and 81), Springfield Rehabilitation (ECF No. 60), Broomall Healthcare, Inc. and Saber Healthcare Group, LLC, et. al. (ECF No. 62), Chestnut Hill Lodge Rehabilitation and Skilled Nursing Facility and Premier Healthcare Management LLC (ECF No. 63), Center for Advocacy for the Rights and Interests of the Elderly, et. al. (ECF No. 64), Senior Law Center (ECF No. 65), Penn Medicine Neurology PMUC and Presbyterian Medical Center of the University of Pennsylvania Health System (ECF No. 66), for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motions are GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Second Amended Complaints (ECF Nos. 51, 53, 54, 75, 76, 77, 78, 79), and this action in its entirety are DISMISSED with prejudice, and the Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,        J.